Luis Felipe Casas Castrillon
A# 92-925-346
El Centro Detención Center
1115 N. Imperial Ave.
El Centro, CA 92243



UNITED STATES DISTRICT COURT
FOR THE
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Luis Felipe Casas Castrillon, <br><br> Plaintiff. <br><br> Vs. <br><br> El Centro Detention Center, AKAL Security, Haward/ Assistant Warden/ CCA. S D Easterling/ Warden CCA. / S D and Immigration Health Services (DIHS) Timothy Shack, et al., <br><br> Defendants. | Case No. 07CV 2078 JM CAB |

MOTION FOR APPOINTMENT OF COUNSEL

I request that the Court appoint an Attorney to represent me in the matter cited above. In support of this motion I have attached the following:

1. An affidavit relating to my ability to pay no cost and fees.
2. A Detention Certificate shows the amount of money and the balance of my account.
3. "Exceptional Circumstances" 28 U.S.C 1915 (d).

1

      I have made the following efforts to obtain counsel from legal aid or legal service organizations or individual attorneys without payment of a fee or a contingent fee basis, and have not been able to obtain the services of counsel.

      Plaintiff, Luis Felipe Casas Castrillon, hereby respectfully moves this honorable court for appointment of counsel in the about entitle matter.

Plaintiff lacks formal education, has made grave errors in the past, no verse with to legal proceedings, and has been assisted by detainees in the El Centro, California and CCA San Diego, Detainee is indigent with out funds, and upon the discretion of this honorable court, grants counsel.

Date: October 23, 2007

Respectfully Submitted,

Luis Felipe Casas Castrillon
A# 92-925-346
El Centro Detention Center
1115 N. Imperial Ave.
El Centro, CA  92243