# UNITED STATES DISTRICT COURT

Southern District Of California
Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101-8900
Phone: (619) 557-5600
Fax: (619) 702-9900

W. Samuel Hamrick, Jr.
Clerk of Court

January 15, 2008

Attention counsel and pro se litigants:

RE: Luis Felipe Casas Castrillon vs. El Centro Detention Center, et al.  07cv2258-JM(CAB)

You are hereby notified that as of 1/14/08 was consolidated with lead case 07cv2078-JM(CAB). The new case number for the above case is 07cv2078-JM(CAB). All further docketing will be done in the lead case 07cv2078-JM(CAB). Please include the lead case number on all further filings.

Sincerely yours,

W. Samuel Hamrick, Jr.
Clerk of Court

By: S/ T. Lee
                        , Deputy Clerk

cc: Clerk
    Appropriate Courtroom Clerk
    Chambers