Luis Felipe Casas-Castrillon
A# 92-925-346, A/S-50
El Centro Detention Center
1115 N. Imperial Ave.
El Centro CA, 92243
Pro Se

FILED
2008 AUG 11 PM 3:37
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

NUNC PRO TUNC
AUG - 5 2008

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF CALIFORNIA

(HON. JEFFREY T. MILLER)

LUIS FELIPE CASAS-CASTRILLON,

Plaintiff.

Vs.

El Centro Detention Center et, al.,
Defendants.

Case No. 07cv2078

**PLAINTIFF'S SUPPLEMENTAL COMPLAINT**

I

## INTRODUCTION

1. Plaintiff, Luis Felipe Casas-Castrillon is a civil Immigration detainee in the custody of the U.S Immigration and Custom Enforcement (ICE), part of the United States Department of Homeland Security (DHS). Plaintiff was housed at El Centro Detention Center over 4 (four) years and plaintiff was in San Diego Correction Facility (SDCF) for over 2 (two) years, a contract

detention facility in Otay Mesa, California operated by Correction Corporation of America, Inc. (CCA). CCA is the largest private, for-profit provider of detention and corrections services in the nation.

## II.
## JURISDICTION AND VENUE

2. This Court has subject matter jurisdiction of this action pursuant to 28 U.S.C § 1331 because it arises under the Constitution and Laws of the United States.

3. This Court has authority to grant declaratory relief pursuant to 28 U.S.C §§ 2201 and 2202, and rule 57 of the Federal Rules of Civil Procedure.

4. This Court has authority to grant injunctive relief in this action pursuant to 5 U.S.C § 702, and Rule 65 of the Federal Rules of Civil procedure.

5. Venue is proper in this judicial district pursuant to 28 U.S.C § 1391 (b)(2) because a substantial part of the events and omissions giving rise to Plaintiff's claims occurred, and continues to occur, in this district.

## PARTIES

### I. Plaintiff

6. Plaintiff Luis Felipe Casas-Castrillon is native and citizen of Colombia, he is detainee in ICE custody for over six years who has been detained pursuant to civil Immigration Laws. He is currently being housed at El Centro Detention Center.

7. August and September 24, 2007. Plaintiff got Incidents with AKAL officer Mrs. Romero L. in law library. *See. Appendix I.*

8. September 24, 2007. Plaintiff got notice charges.

9. September 27, 2007, plaintiff got an interview with ICE and they told to plaintiff "we would go to talk to AKAL security." Notice charges; Code: 308 and Code: 309 after interview was conducted rejection charges were filed. *See. Appendix II.*

10. November 06, 2007. Time: around 7:15 AM, AKAL Officer Mrs. Angulo denying plaintiff access to court by denying him rights to go to the law library, AKAL Officer Mrs. Angulo alleged, she already called for law library but plaintiff told her, plaintiff was in the restroom and she answer him, "I need to sent you guys in group", so she refuse to send plaintiff to the law library. Approximately 7:40 AM, plaintiff spoke with AKAL Supervisor Mrs. Garcia and she supports the AKAL Officer Angulo, but this has never happen before with different AKAL Officers, just with her and with plaintiff. Plaintiff is suffering from serious mental stress, discomfort, stress, tension, trauma, harassment, emotional harm and discrimination.

11. November 19, 2007. AKAL Officer Mrs. Angulo refused plaintiff to open the shower approximately 8:50 AM. Plaintiff is suffering from serious mental stress, discomfort, stress, tension, trauma, emotional harm, harassment and discrimination. *See. Appendix III.* **NOT ACKNOWLEDGE.**

12. November 2007. AKAL Officer Nieblas was fired from ICE for prior bad behaviors with detainees.

13. November 26, 2007. Time: Around 9:50 AM AKAL Officer Zambrano reported plaintiff to AKAL Officer Beltran J. plaintiff got container chemicals and others detainees chemicals have and he don't report to AKAL Officer Beltran J. and also AKAL Officer Zambrano refuse open the shower every day when he was in Alpha North. Plaintiff suffering from Mr. Zambrano: discrimination, serious mental stress, tension, harassment and emotional harm.

14. December 2007. AKAL Officer Mrs. Villanueva woke plaintiff up to many times in Alpha North but now she stopped because she found out from detainee Alpha North # 40, from New Zealand, who told her about plaintiff's lawsuit against her for disturbing plaintiff's sleep.

15. December 27, 2007. Time: approximately 12:30 to 1:00 AM. A/N-50, ICE Supervisor Mr. Martinez and AKAL Officer Mrs. Villanueva woke plaintiff up because they were making unnecessary noise, five minutes later ICE Supervisor Mr. Martinez was taking a photo from plaintiff paperwork which was on the floor and he saw the same paperwork before and he did not take photo and wake plaintiff up too. Plaintiff is suffering from serious mental stress, trauma, harassment and emotional harm.

16. January 05, 2008. Time: approximately 6:00 AM to 6:30AM, AKAL Officer Beltran. L. woke plaintiff up for pill line, plaintiff doesn't need medication in the morning, plaintiff told him, plaintiff doesn't take medication in the morning, he responded to plaintiff, you have to go to Medical. When plaintiff was in Medical plaintiff spoke with D. Pritchard RN, AKAL Officers Mr. Redondo and Mr. Eason R., plaintiff explained to them concerning the situation and they told him "if you don't want your medication signed the refuse form" and therefore plaintiff signed. Previous to all these with them when plaintiff got there AKAL Officers told plaintiff "you going to processing if you don't signed the refuse form," moreover plaintiff is taking medication for sleep in night. Plaintiff is suffering from serious mental stress, trauma, harassment and emotional harm from Medical staff and AKAL Officers. *See. Appendix IV.* **NOT ACKNOWLEDGE.**

17. January 05, 2008. After the incident plaintiff spoke, ICE Supervisor Mr. Bribiesca regarding this and he told plaintiff "they not violate his rights."

18. January 14, 2008. Dr. Duchesne was called plaintiff for interview about grievance form against Medical Nurse Mrs. D. Pritchard RN, and AKAL Officers Mr. Redondo and Eason R, the answer was your medication concerning pain, you going to get it when plaintiff need the medication and plaintiff signed the medical form and plaintiff told to Mr. Dr. Duchesne before about this circumstances because happen before with plaintiff.

19. January 14, 2008. AKAL Officer Mr. Flores A. got another incident with other detainee, this is second one incident after plaintiff in 2004. He is now under investigation.

20. **January 16, 2008. Amendment to detainee handbook. Grievance procedures, effective January 16, 2008, in an effort to simplify the delivery and processing of grievances, the following steps have been establish:**

- **The grievance form is readily accessible to you inside your housing unit.**

- **The completed formal written grievance form needs to be placed in the drop box labeled "DETAINEE GRIAVANCE FORM" in the dinning hall.**

21. January 19, 2008. AKAL Officer Mrs. Angulo refused to open the shower and she wants open the shower after yard. Plaintiff is suffering from serious mental stress, discomfort, stress, tension, trauma, emotional harm and discrimination.

22. January 20, 2008. Time: approximately 7:25 AM, AKAL Officer Mrs. Angulo discriminated him when plaintiff wanted to go to the law library, she answered him, "I want to sent you guys in group," but when somebody else came to her to go to the law library she told them to go ahead. This happens every time only with plaintiff. Plaintiff is suffering from serious mental stress, discomfort, stress, tension, trauma, emotional harm and discrimination.

23. January 27, 2008. Time: approximately 8:15 AM AKAL Officer Mr. Loya refused to open the shower, plaintiff asked to AKAL Officer to call his supervisor and AKAL Supervisor Mr. Mann told plaintiff they were only going to open the showers after yard. See. Detainee handbook. Page 11, for the Rules pertaining to shower schedules. Plaintiff is suffering from serious mental stress, discomfort, stress, tension, trauma, emotional harm and discrimination. *See. Appendix V.* **NOT ACKNOWLEDGE.**

24. January 29, 2008. AKAL Officer Mr. Loya once more refused to open the shower after count in the morning, after plaintiff spoke with AKAL Supervisor Mann said, "after yard," this happen at 9:35 AM. Plaintiff is suffering from serious mental stress, discomfort, stress, tension, trauma, emotional harm and discrimination. *See. Appendix V.*

25. January 29, 2008. Plaintiff told with ICE Captain Pena and AKAL Supervisor Mr. Mann said now to the plaintiff the shower would be open everyday after count in the morning because AKAL Security admitted they were wrong not to open the shower. Plaintiff is suffering from serious mental stress, trauma, harassment and emotional harm.

26. January or February 2008. AKAL Officer Mrs. Villanueva got fired from AKAL Security due to her over familiarity with detainees

27. February 12, 2008. Time: approximately 9:44 AM. Plaintiff asked to AKAL Officer Mr. Avina called for law library for extra-time and AKAL Officer Mr. J. Martinez refused to send the plaintiff to the law library and plaintiff submitted a grievance against J. Martinez and the law library. Plaintiff is suffering from serious mental stress, discomfort, stress, tension, trauma, emotional harm and discrimination. *See. Appendix VI.*

28. February 13, 2008. Plaintiff got an interview with Washington inspector about El Centro Detention Center.

29. February 14, 2008. Plaintiff got interview with two women from Washington about Medical El Centro Detention Center.

30. February 19, 2008. Time: approximately 8:50 AM. To 9:00 AM. Plaintiff got interview out side the law library with AKAL Supervisor Mr. Mann, he told to plaintiff Mr. J. Martinez is doing his work in the law library correctly and AKAL Supervisor told to plaintiff sign the grievance but plaintiff is not agree with the AKAL supervisor.

31. February 21, 2008. ICE Supervisor Mr. Bribiesca call to plaintiff to processing and plaintiff got an interview with ICE about grievance to against the law library. ICE told plaintiff AKAL Officer Mr. J. Martinez did a mistake when plaintiff needed to go to the law library for extra time. *See. Appendix VI.*

32. February 26, 2008. Time: approximately 1:25 PM. Plaintiff left to the yard and returns to A/N and plaintiff saw AKAL Officer Mr. Navarro go directly to plaintiff bunk. When plaintiff returned from yard at 1:40 PM. Plaintiff told AKAL Supervisor Mann "I need to speak to you," he responded to plaintiff, "I talk to you later." Plaintiff went to his barrack and bunk and found all his legal paper work on the bed messed up. This is not the first time this happened with the plaintiff in the same week, this has happen three weeks in a row, then AKAL Supervisor Mann came to plaintiff at 2:10 PM. Plaintiff is suffering from serious mental stress, trauma, harassment and emotional harm. *See. Appendix VII.*

33. February 29, 2008. Time: approximately 2:35 AM. AKAL Officer Rogers and ICE Supervisor Ortiz were close to plaintiff's bunk then AKAL Officer Rogers pulled so hard on his towel with such force that the towel almost hit plaintiff on the face while plaintiff was sleeping, plaintiff hangs his towel on top bunk for cover against the light from his left side, after the incident plaintiff was suffering from shock and being awaken in that manner, plaintiff up until 2:40 AM. Plaintiff asked AKAL Officer for his name, and he told plaintiff, "My name is Rogers and I pulled your towel because you got plastic paper clips." Now the question is, "why didn't he do that before plaintiff went to sleep?" approximately 35 or 40 minutes later AKAL Officer Rogers passed plaintiff's bunk checking if plaintiff has the plastic paper clips on his towel. Plaintiff used plastic paper clips because plaintiff before got problems with the detainees sleeping on the top bunk. Plaintiff is suffering from serious mental stress, trauma, harassment and emotional harm. *See. Appendix VIII.*

34. March 07, 2008. Time: approximately 7:35 AM. Dinning hall: ICE Officer Mr. Ramos incited and made plaintiff upset when plaintiff was taking his coffee cup. He told plaintiff doesn't pass your arm on the coffee cups, but plaintiff never passed his arm on the coffee cups because there were three or four coffee cups on the left side of the platter. After all this plaintiff got more incite and upset because ICE Officer Mr. Ramos came to plaintiff again when he putting the sugar in the coffee and ICE officer told the plaintiff don't do it again and he did not say anything to Mr. Ramos then plaintiff walked away and left his tray on the table. Mr. Ramos follow the plaintiff and told him pick up your tray and plaintiff put his tray like regular program. Plaintiff didn't eat his breakfast this morning. Detainee suffering serious mental stress, trauma,

harassment and tension. ICE Officer Mr. Ramos harassed the plaintiff before in different situations in the El Centro Detention Center. *See. Appendix IX.*

35. March 10, 2008. Plaintiff got interview for grievance March 07, 2008 but to this day no resolution has been received about ICE Officer Mr. Ramos.

36. March 10, 2008. Time: approximately 11:40AM. Plaintiff was interviewed with ICE Supervisor Bribiesca, plaintiff was going inside to his barrack A/N and plaintiff saw his legal paper work and bed mess up again then plaintiff called AKAL Officer in Charge Mr. E. Montoya as an eyewitness Plaintiff's Declaration. *See. Appendix X.* Plaintiff is suffering from serious mental stress, trauma, harassment and emotional harm.

37. March 14, 2008. Time: approximately 12:45 PM. To 1:00 PM. AKAL Supervisor Mrs. Garcia ask plaintiff for grievance copy of his grievance for March 03, 2008 and plaintiff gave it to her. After this AKAL Captain Mr. Lacuesta called plaintiff to processing and when plaintiff was talking with Mr. Lacuesta, ICE Supervisor bribiesca told Mr. Lacuesta, your pass due on this grievance, now I going to talk to Mr. Casas about his situation also AKAL Securities lost the original grievance.

38. March 14, 2008. Plaintiff got an interview with ICE Supervisor Bribiesca was informed that Officer Rogers was spoken to for his actions. Furthermore Officer Rogers was informed that his actions could have created serious situations. This will be passed on to all AKAL officers and staff to assure that Officers learn how to approach a detainee in a professional matter and avoid situations like these. *See. Appendix VIII.*

39. March 14, 2008. After plaintiff got an interview with Mr. Bribiesca, plaintiff was waiting for Mr. Bribiesca in processing for grievances copies, single ICE Officer said to plaintiff, "I want you."

40. March 16, 2008. Time: approximately 2:10 PM. Plaintiff was watching the Lakers game so plaintiff turn off the fan like everybody does because they can't hear the Lakers game after this

somebody turn it on once more, plaintiff turn off it for a second time and disconnected the fan after this big man Jose Zalazar from El Salvador A/N-26 came to the plaintiff saying obscene words and trying to physical attack the plaintiff. Mr. Joseph Young A/N-64 protected the plaintiff for the reason that he knows the big person was incorrect. After all this Ice Supervisors Mr. Ortiz and Mr. Bribiesca told the plaintiff you going to SMU for your protection, plaintiff answered to them "what kind the protection is this?"

41. March 16, 2008. Time: approximately 3:00 PM Plaintiff is suffering harassments in retaliation from ICE Supervisors Mr. Ortiz, Mr. Bribiesca and AKAL Securities for submitting grievances against ICE Officers and other AKAL Officers.

42. March 17, 2008. Plaintiff got an interview with SDDO Mrs. Gabriella Pacheco about two grievances. SDDO Mrs. Gabriella Pacheco sends plaintiff to the same barrack but no lower bunk. Plaintiff got top bunk # 49 when plaintiff has a chromo from medical department for lower bunk *See. Appendix XI.*

43. April 03, 2008. Time: approximately 6:00 PM. Plaintiff got his lower bunk back #50 in Alpha North.

44. May 11, 2008. Time: approximately 8:35 AM. Plaintiff go to medical to have his prescribed medication, the nurse B. Lewis told the plaintiff that you're supposed to come at 8:00 AM to get your medication. Plaintiff told the nurse that Plaintiff couldn't take medication with an empty stomach. The nurse told the plaintiff this is the first time and the last "I gave to you." Mrs. B. Lewis refused to give his medication previous to in the medical detention center. Plaintiff is suffering from serious mental stress, discomfort, stress, tension, trauma, harassment emotional harm, and discrimination. ***NOT ACKNOWLEDGE.***

45. May 11, 2008. Time: approximately 8:35 AM. Plaintiff goes to medical to have his medication. AKAL Security J. Platt started to scream in his face and closer like 2" from his nose and started to scream on plaintiff like he's little child and told in the second time "you understand me and set down" with loud voice. This AKAL Officer harasses plaintiff few times

and provoked plaintiff. Plaintiff is suffering from serious mental stress, discomfort, stress, tension, trauma, emotional harm, racist remark, harassment and discrimination plaintiff got interview with ICE supervisor Mr. Moya and ICE supervisor Bribiesca about AKAL Officer Mr. J. Platt; they never made resolution for the grievance to against AKAL Officer J. Platt. *See. Appendix XII*. **NOT ACKNOWLEDGE.**

46. May 13, 2008. Time: approximately 6:10 AM. AKAL Officers woke up plaintiff every morning for pill line, plaintiff mentioned to Mr. Duchesne about this before. Today plaintiff was waked up again from AKAL Officer Mr. T. Alcantra again for pill line. Plaintiff is suffering from serious mental stress, discomfort, stress, tension, trauma, harassment and emotional harm. *See. Appendix XIII*. **NOT ACKNOWLEDGE.**

47. May 14, 2008. Time: approximately 5:45 AM. AKAL Officer Mr. Ceballos woke me up for pill line after minutes or twenty minutes later different AKAL Officer Mr. Roche woke plaintiff up again for pill line and scare plaintiff. Plaintiff suffering from serious mental stress, discomfort, stress, tension, trauma, harassment and emotional harm. *See. Appendix XIV*. **NOT ACKNOWLEDGE.**

48. May 16, 2008. Time: around 3:30 PM. Plaintiff got an interview with Mr. Duchesne about May 11, 2008 grievance, but plaintiff refused to sign the grievance. Now plaintiff got his medication in his barrack because Mr. Duchesne does not want more mistakes with plaintiff. *See. Appendix XV*. ***NOT ACKNOWLEDGE.***

49. May 16, 2008. Time: approximately 2:00 PM plaintiff got an interview with AKAL Supervisor Mr. Aguirre about the grievance against AKAL Securities Mr. Ceballos and Mr. Roche and plaintiff refuse to sign. See. # 47. ***NOT ACKNOWLEDGE.***

50. May 17, 2008. Time: approximately 8:20 AM. Plaintiff was in the dinning room eating his breakfast when ICE Officer Mr. Espinoza asked plaintiff "if you're done with your breakfast?" Plaintiff answered him no because plaintiff was still drinking his coffee. ICE Officer Mr. Espinoza was watching plaintiff when he was eating his breakfast this morning approximately 15

minutes. Plaintiff suffering from serious mental stress, discomfort, stress, tension, trauma, harassment, and emotional harm before with ICE Officer Mr. Espinoza. *See. Appendix XIX*

51. Plaintiff is suffering from serious mental stress, discomfort, stress, tension, trauma, harassment, and emotional harm from ICE Officer Mr. Espinoza before. See detainee *A# FILE* in the El Centro Detention Center

52. May 19, 2008.  Time: approximately 9:45 AM plaintiff got an interview with Mrs. Cmar-Falcini in medical about the dated may 11, 2008 grievance to against nurse Mrs. B. Lewis, plaintiff refuse to sign the grievance. ***NOT ACKNOWLEDGE.***

53. May 26, 2008. Time: approximately 7:30 to 8:00 AM.  Mr. Haley was in his locker and AKAL Officer in charge Mr. Alvarez said when plaintiff came back from dinning hall "Mr. Haley found extra-clothes in your locker." Plaintiff suffering from serious mental stress, discomfort, stress, tension, trauma, harassment, and emotional harm.

54. May 29, 2008. Time: approximately 8:05 AM.  Plaintiff was watching Mr. Haley in Alpha North; he was first in A section and he past to B section with Mr. AKAL Officer Supervisor Tapia then going through to my bunk # 50 after plaintiff coming back from dinning room plaintiff missing some clothes so this is the second time Mr. Haley was in my bunk. They were worry just about plaintiff; AKAL Officer in charge was Mr. Gallego. Plaintiff is not the only one-got extra-clothes in Alpha North.  Plaintiff suffering from serious mental stress, discomfort, stress, tension, trauma, harassment, and emotional harm.

55. May 30, 2008. Time: approximately 4:35 AM.  Mr. Haley and AKAL Supervisor Mr. Amial woke plaintiff up and Mr. Haley was inspection his locker for approximately 20 seconds. AKAL Officer in Charge was Mr. A. Tanory. Plaintiff is suffering from serious mental stress, trauma, harassment and emotional harm.

56. **Effective May 28, 2008 the pill line will begin at 0530 AM.**
    **Breakfast will begin at 0600 AM.**

57. May 31, 2008. Time: approximately 4:00 AM. A/N. AKAL Supervisor Amial woke up plaintiff taking off the towel for covering the light, Mr. Amial told plaintiff "Mr. Haley told me yesterday take off all towel for covering the light". Same morning plaintiff told to Mr. Haley concerning the towel for covering the light. He said to plaintiff, "if the light bothers you, change your bunk" and plaintiff told Mr. Haley, we got authorization from ICE to cover the light long time ago. Plaintiff ask to Mr. Haley" when he was going to respond to plaintiff about the towel", he answer Monday June 2, 2008. Mr. Haley not at all came to plaintiff for the take action. *See. Appendix XVI.* Plaintiff is suffering from serious mental stress, trauma, harassment and emotional harm.

58. June 02, 2008. Time: approximately 4:00 PM. When plaintiff went to pill line. He told assistant field office director Mr. Robert G. Rillamas about the towel for covering the light and he answer was "if Mr. Haley wants that is for security."

59. June 05, 2008. Time: approximately 6:18 AM in A/N. AKAL Supervisor Mr. Amial woke up plaintiff to sign the grievance for the towel for covering the light and plaintiff signed. *See. Appendix XVI.*

60. June 05, 2008. Time: approximately 7:25 AM. ICE Supervisor Mr. Martinez came to plaintiff when he was eating his breakfast and told him "why you have too many napkins in your hands." Plaintiff suffering from serious mental stress, discomfort, stress, tension, trauma, harassment, and emotional harm.

61. June 05, 2008. Time: approximately 5:30 PM. ICE officer Mrs. M. Frear harass plaintiff when he was holding the door for detainees in the dinning hall, she was very offensive and unprofessional with plaintiff, and treated plaintiff with contempt, similar to criminal and animal. Plaintiff suffering from serious mental stress, discomfort, stress, tension, trauma, harassment, and emotional harm.

62. Plaintiff suffering from serious mental stress, discomfort, stress, tension, trauma, harassment, and emotional harm from ICE Officer Mrs. M. Frear previous. See. Detainee A# FILE in the El Centro Detention Center.

63. Plaintiff has had the damage for months up till now, mostly his right hand.

64. June 2008. A/N got moved to A/S.

65. June 12, 2008 approximately 3:45 AM in A/S. AKAL Officer Mr. Robinson took off his plaintiff's towel for covering the light, after this plaintiff couldn't sleep again. Plaintiff informed AKAL Officer in Charge Mr. Osuna. Plaintiff suffering from serious mental stress, discomfort, stress, tension, trauma, harassment, and emotional harm.

66. June 15, 2008 around 10:30 PM in A/S. Plaintiff told to AKAL Supervisor Mr. Aguirre about the towel he said to the plaintiff "I got the copy of the grievance but ICE told to us they don't want towel in night time and I going let you know with then they reach the final resolution."

67. June 16, 2008 approximately 6:45 AM in A/S. AKAL Officer Mr. J. Mendoza started to call plaintiff last name woke up for breakfast after one minute or two minutes later he nock his bunk and saying "woke Casas is time for breakfast" and plaintiff looked around in every body were sleeping. Plaintiff suffering from serious mental stress, discomfort, stress, tension, trauma, harassment, and emotional harm.

68. June 18, 2008. approximately 2:30 PM. ICE Officers and AKAL Officers starting screaming in A/S, every body out to the yard like emergency drill. When plaintiff was in the yard they start to count all detainees then they done to count us, "they say every body go back to the A/S dorm." later than all this plaintiff was almost last one to go back to A/S, so plaintiff see Mr. Haley, Mrs. Gabriela Pacheco, Mrs. Perez Mr. Pena, Mr. Martinez, Mr. Moya, Mr. Bribiesca, Mr. V. Gonzales, Mr. S. Gonzales and gentleman from Washington close to the plaintiff, plaintiff ask to Mr. Haley in front to the gentleman from Washington, "why ICE don't answer the grievances?" After this question Mr. Haley got fright and scare when plaintiff ask the question then Mr. Haley

"say come over here Mr. Casas what do you ask me?" Plaintiff asks again "why you don't answer the grievances?" And right away he call Mr. Bribiesca and ask him what happen with Mr. Casas's grievances and he answer was "I don't have grievances from Mr. Casas," when plaintiff was with Mr. Bribiesca in his office conversation about his grievances and plaintiff notify them "I got copies", Mr. Haley say show me the copies later. Few days ago plaintiff talks to Mr. Pena few times about the grievances, he says I going to talk with Mr. Bribiesca concerning plaintiff's grievances.

69. June 30, 2008 at 3:30 AM approximately. AKAL Officer Mr. Gray take off plaintiff towel and awake up plaintiff. Plaintiff suffering from serious mental stress, discomfort, stress, tension, trauma, harassment, and emotional harm.

70. July 07, 2008 at 12:55 PM approximately. After plaintiff return from the yard to his barrack A/S-50, plaintiff found his paper work, dicks and bed mess up, this occurs yesterday too. 7/062008. Plaintiff suffering from serious mental stress, discomfort, stress, tension, trauma, harassment, and emotional harm. *See. Appendix XVII.*

71. July 15, 2008 at 5:25 PM approximately. Plaintiff was with seven detainees in TV area waiting to go to the dining hall, when AKAL Supervisor Mr. Espino told us, you going to get infraction because you always last to go to the dinning hall, when he said that plaintiff walk away from A/S to the dinning hall, when plaintiff was in the holding area to go to the dining hall, plaintiff look at one group in the holding area. AKAL Officer in charge was Mr. Salgado. Plaintiff suffering from serious mental stress, discomfort, stress, tension, trauma, harassment, and emotional harm. *See. Appendix XVIII.* **NOT ACKNOWLEDGE.**

72. July 26, 2008 at 2:05 PM. Approximately. When plaintiff returned from yard his legal paper work was mess up again and plaintiff call AKAL Officer in charge Mr. Roche to came to plaintiff bunk and he refuse. He responded, "I'm busy right now". After this plaintiff show to Mr. Roche from his case plaintiff paper work were on the floor; he responded those paper work don't before on the floor. Moreover bunk # 49 his paper work were on the floor also. After this full plaintiff told to AKAL Supervisor Mr. Amail regarding plaintiff situation and be evidence

for to him the paper work were on the floor. Plaintiff suffering from serious mental stress, discomfort, stress, tension, trauma, harassment, and emotional harm. *See. Appendix XX.*

73. July 26, 2008 at 6:20 PM. AKAL Officer Mrs. T. Rodriguez send plaintiff to laundry to get clothes for A/S. when plaintiff return from laundry AKAL Officer Mr. J. Rodriguez snatch two time the plastic bag, like plaintiff was stealing the clothing. Plaintiff suffering from serious mental stress, discomfort, stress, tension, trauma, harassment, and emotional harm. *See. Appendix XXI.*

74. July 31, 2008. Plaintiff was in El Centro Medical Center for his infection for his right leg, and Dr. Been giving the plaintiff anti-itch cream. Plaintiff explains to her; "his got this problem for long time" and she respond "if doesn't work come again to medical." Plaintiff got the same cream all time that's exactly, he don't want to see the doctor in this detention about his infection problems for long time. Plaintiff got this problem about over four years.

75. August 02, 2008. Plaintiff was in law library, when AKAL supervisor Mr. Amail told to plaintiff "Mr. Haley put your paper work under your mattress" and "he wants your papers work all time under your mattress." When plaintiff went back to his bunk he don't found his paperwork in order like he live before. Plaintiff suffering from serious mental stress, discomfort, stress, tension, trauma, harassment, discrimination and emotional harm.

## JURY DEMAND

76. Pursuant to federal rule of Civil Procedure 38(b), Plaintiff Luis Felipe Casas-Castrillon hereby demands a trial by jury as to all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully requests that the Court:

a. That Officers is the ICE custodian and the Officers in Charge El Centro Detention Center, they are responsible for any violation of Plaintiff's right due to his knowledge of it.

b. Officers are responsible for the continues of violation of Plaintiff's right due to defendant's knowledge of these violations and that he failed to apply with DHS Standards.

Dated: August 04, 2008

Respectfully Submitted,

_____
Luis Felipe Casas-Castrillon

## **VERIFICATION**

I declare under penalty of perjury under the Law of the State of California and the United State of America that the facts set forth herein are true and correct.



Luis Felipe Casas-Castrillon

Luis Felipe Casas-Castrillon
A# 92-925-346
El Centro Detention Center
1115 N. Imperial Ave.
El Centro, CA 92243
Pro Se

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

## " PLAINTIFF'S SUPPLEMENTAL COMPLAINT "

### CERTIFICATE OF SERVICE

I, Luis Felipe Casas-Castrillon, hereby declare under penalty of perjury that the foregoing is true and correct; I further certify that I am the above-entitled Plaintiff to the above matter and that on, August 04, 2008, I served a true copy of the above mentioned complaints upon the following person(s)[1]:

United States District Court
Southern District of California
880 Front Street
San Diego, CA 92101-8900

U.S. Department of justice
United States Attorney General
10 Th and Constitutional Ave. N.W.
Washington, DC 20530

Karen. P. Hewitt,
United States District Attorney
Southern District of California
880 Front Street
San Diego, CA 92101-8893



Luis Felipe Casas-Castrillon

---

[1] This Pro-Se filing is deemed filed upon delivery to prison authorities. See Fed. R. App. 25 (a)(c). Houston v. Lack, 487 U.S. 266, 101 L. Ed. 245, 108, S. Ct. 2379 at 274, 275 (1988).