# APPENDIX I

U.S. Department of Homeland Security    **SERVICE PROCESSING CENTER**    **Unit Disciplinary Committee**
Bureau of Immigration and Customs Enforcement    EL CENTRO, CA    **Report of Findings & Actions**

_CASAS Luis_      _92-925-346_      _9-24-07_
    Name of Detainee          A-Number          Date of Incident

Place of Incident: _Library_      Prohibited Act(s) Code: _308-309_

Committee Action: Comments to Committee from Detainee Regarding the above Incident: _CASAS_
_Stated he Never Refused To Sign the Sign In Sheet_
_And that was Disrespected by AKAL Officer Romero._

It is the Finding of the Unit Disciplinary Committee That:
    1.    You Committed the Prohibited Act as Charged:  Code(s) _308-309_
    2.    You Committed the Following Prohibited Act: Code(s) _____
    3.    You Did Not Commit a Prohibited Act as Charged: _____
Committee Findings Are Based on the Following Information: _AKAL OFFICER Romero_
_owen Two (2) Memos._

Committee Action:
[ ]    Waives IDP Hearing and Accepts the UDC's Sanction: _____

                                          Name of Detainee
[ X ]    Refer to IDP          Date & Time: _9-24-07_ / _1620_
[ ]    Loss of Privileges    [ ]    Loss of Job            [ ]    Quarter Changes
[ ]    Restrict to Dorm    [ ]    Remove from Program    [ ]    Reprimand
[ ]    Warning            [ ]    Confiscate Contraband    [ ]    Impound Personal Property

Comments: _NONE_

UDC Chairpersons Signature: _____

UDC Member's Signature: _____

UDC Time and Date: _9-24-07_ / _1620_

Form I-891 (02/08/00)

U.S. Department of Homeland Security     SERVICE PROCESSING CENTER
Bureau of Immigration and Customs Enforcement    EL CENTRO, CA

**Incident of Prohibited Acts and Notice of Charges**

Detainee Name: __Casas, Luis__

A-Number: __92-925-346__

Nationality: __Colombia__

Date & Time of Incident: __09-24-07 @ 0918 hours__

Incident Location: __Library__

Work Assignment: __N / A__

Classification Level: __Level II__

Quarters: __Alpha North__

**PROHIBITED ACTS:**

1. __Insolence toward a staff member__    Code: __308__
2. __Lying or providing false statement to staff__    Code: __309__
3. _____    Code: _____
4. _____    Code: _____

**Description of Incident:** __Detainee mentioned above was insolence towards a staff member and when__ __questioned about he provided a false statement.__

_____
_____
_____
_____
_____
_____
_____

Staff Witness?    Y    N

Evidence Attached?    Y    N    NA

Use of Force?    Y    N

Supporting Memoranda?    Y    N    NA

__Capt. J. Lacuesta, S-168__
Name of Reporting Officer

__09-24-07 @ 1020 hours__
Date & Time

Signature

Reviewed for accuracy prior to investigation by: _____
Supervisor' Name

__9-24-07- 1620__
Date & Time

Incident Recorded on D.C.S.?    Y    (N)

Classification Level Change?    Y    N

Level change from _____ To _____

Form No I-884 (02/08/00)

U.S. Department of Homeland Security     SERVICE PROCESSING CENTER
Bureau of Immigration and Customs Enforcement     EL CENTRO, CA        **Detainee Rights**

## Detainee Rights At the Institution Disciplinary Panel Hearing (IDP)

As a detainee charged with a prohibited act(s), you have been referred to the Institution Disciplinary Panel for disposition. While at the IDP hearing, you have the following rights:

1.     The right to have a written copy of the charge(s) against you at least 24 hours prior to appearing before the IDP .

2.     The right to have a full time member of staff who is reasonably available to assist you before the IDP.

3.     The right to call witnesses and present documentary evidence in your behalf, provided institutional safety would not be jeopardized.

4.     The right to remain silent. Your silence may be used to draw an adverse inference against you. However, your silence alone may not be used to support a finding that you committed a prohibited act.

5.     The right to be present throughout the IDP decision, except during committee deliberations and where institutional safety would be in jeopardy.

6.     The right to be advised of the IDP decision in writing and the facts supporting the panel's decision, except where institutional safety would be jeopardized.

7.     The right to appeal the decision of the IDP by means of the Detainee Grievance Procedure to the Officer in Charge, within 15 days of the notice of the panel's decision and disposition.

**I hereby acknowledge that I have been advised of the rights afforded me at the Institution Disciplinary Panel hearing.**

Signed: _____ A-Number: _92-925-346_ Date: _9-24-07_

Notice of Rights given to the detainee by: ___*S IEA GONZALOZ V.*___

                                         Staff Member and Date

**Refusal to Sign**

I have personally advised _____ of the rights afforded detainees at the Institution Disciplinary Panel hearing. The detainee refused to sign the acknowledgement.

Staff member and date: _____

**Waiver of 24 hours Notice:**

I have been advised that I have at least a 24-hour notice prior to appearing before the IDP. At this time, I wish to waive this right and proceed with the IDP hearing.

Detainee Signature, Date, and Time:

_____

Form No. I-892 (02/08/00)

# APPENDIX
# II

United States Department of Homeland Security
Bureau of Immigration and Customs Enforcement

**DETAINEE GRIEVANCE FORM**

*(A grievance must be filed within 5 days of original incident or issue)*

Grievance # _____

Detainee Name: LUIS CASAS    A# 92925346    Housing Unit: A/N-50

Complaint / Comments: AKAL officer MRS. ROMERO, I heard and felt Discriminated add Racist tenures from her. "see" Declaration.

Action requested by detainee: Move AKAL officer MRS. Romero From Law library

Detainee Signature: _____    Date / time: 9/27/07  11:00 am

Housing Unit Officer: _____    Date / time: _____

---

**INFORMAL** [X] Resolution is accepted by detainee: (to be completed within 24 hours and only if resolved prior to hearing)

This grievance has been informally resolved as follows:
SIEA Gonzalez and O SUP. MATA, Spoke with Mr. CASAS. At this point, this issue is informally Resolved. Mr. MATA, will be Talking To Mr. Haley and AKAL security.

Detainee Signature: X _____    Date / time: 9/27/07  3:00 pm
Staff Member: _____    Date / time: 9-27-07  15:00
Supervisory Review: _____    Date / time: 9-27-07  15:00

---

**FORMAL** [ ] Informal Resolution is not accepted by detainee and the grievance has been assigned to the following Department for formal resolution: [ ] Deportation    [ ] Detention    [ ] Administration
**(Response to detainee within five (5) business days is required)**

Departmental Findings/Actions Taken: _____

_____

_____

Dep. Head: _____

Dep. Staff: _____    Dep. Staff: _____

Date of Findings: _____    Date Returned to Detainee: _____

---

*(Detainee return within five days of receipt and check the appropriate box)*

I would like this matter:

[ ]    Referred to the Detainee Grievance Committee (DGC).
[ ]    I agree with the resolution.

Detainee Signature: _____    Date / time: _____
Housing Unit Officer: _____    Date / time: _____

# DECLARATION OF
# LUIS FELIPE CASAS-CASTRILLON

I, Luis Felipe Casas-Castrillon, hereby declare and state under penalty of perjury that the following statements are true and correct to the best of my personal knowledge and if called to testify there to, could do so competently:

1. August 2007. When I went to law library AKAL officers Mrs. Romero. many times made harassments, and discriminated me, thus resulting to more traumas at El Centro, California Detention Center.

2. September 24, 2007. Incident with Akal officer Romero in law library. <u>See</u>. Notice Charges.

3. This is my second grievance form to against Mrs. AKAL officer Romero.

I declare under penalty of perjury pursuant to the laws of the State of California and United States of America that the forgoing true and correct.

September 27, 2007

Respectfully Yours,

Luis Felipe Casas-Castrillon
A# 92-925-346, A/N-50
El Centro Detention Center
1115 N. Imperial Ave.
El Centro, California 92243

A# 92-925-346

# APPENDIX
# III

United States Department of Homeland Security
Bureau of Immigration and Customs Enforcement

**DETAINEE GRIEVANCE FORM**

*(A grievance must be filed within 5 days of original incident or issue)*

Grievance # _____

Detainee Name: Luis Casas    A# 7292534c    Housing Unit: H/N 50

Complaint / Comments: 11/19/07 around 8.50 am. -4 ASK
to ask officer to open the shower and he
refused to open they about the power with us.
I'm stressing that's right I had take shower
every morning

Action requested by detainee: why they close shower some time like
today. pliss open the shower for Detainee
this is Constitucional violations

Detainee Signature: _____    Date / time: 11/19/02  9.05

Housing Unit Officer: _____    Date / time: _____

---

**INFORMAL [ ]** Resolution is accepted by detainee: (to be completed within 24 hours and only if resolved prior to hearing)

This grievance has been informally resolved as follows:

_____

_____

_____

Detainee Signature: _____    Date / time: _____

Staff Member: _____    Date / time: _____

Supervisory Review: _____    Date / time: _____

---

**FORMAL [ ]** Informal Resolution is not accepted by detainee and the grievance has been assigned to the following Department for formal resolution: [ ] Deportation    [ ] Detention    [ ] Administration
**(Response to detainee within five (5) business days is required)**

Departmental Findings/Actions Taken: _____

_____

_____

Dep. Head: _____

Dep. Staff: _____    Dep. Staff: _____

Date of Findings: _____    Date Returned to Detainee: _____

---

*(Detainee return within five days of receipt and check the appropriate box)*

I would like this matter:

[ ]    Referred to the Detainee Grievance Committee (DGC).
[ ]    I agree with the resolution.

Detainee Signature: _____    Date / time: _____

Housing Unit Officer: _____    Date / time: _____

# APPENDIX
# IV

United States Department of Homeland Security
Bureau of Immigration and Customs Enforcement

**DETAINEE GRIEVANCE FORM**

*(A grievance must be filed within 5 days of original incident or issue)*

Grievance # _____

Detainee Name: _Luis   Casas_   A# _92925346_   Housing Unit: _A/N-50_

Complaint / Comments: _01/05/08 . around 6:15 am the1 officer Beltran woke me up for pill line when I don't need medicine in the morning, this happens before and I told mr. Duolican. I Don't take medication in the morning, I signed refuse form, they force me to signed, because they told me you_

Action requested by detainee: _Going to processing if I don't signed. Don't call me in morning time. because I dont need medication in the morning. because this medication affect me my stomag_

Detainee Signature: _____   Date / time: _01/05/08_

Housing Unit Officer: _____   Date / time: _6:45._

---

**INFORMAL  [  ]** Resolution is accepted by detainee: (to be completed within 24 hours and only if resolved prior to hearing)

This grievance has been informally resolved as follows:

_____
_____
_____

Detainee Signature: _____   Date / time: _____
Staff Member: _____   Date / time: _____
Supervisory Review: _____   Date / time: _____

---

**FORMAL  [  ]** Informal Resolution is not accepted by detainee and the grievance has been assigned to the following Department for formal resolution: [  ] Deportation   [  ] Detention   [ · ] Administration
*(Response to detainee within five (5) business days is required)*

Departmental Findings/Actions Taken: _____

_____
_____

Dep. Head: _____

Dep. Staff: _____   Dep. Staff: _____

Date of Findings: _____   Date Returned to Detainee: _____

---

*(Detainee return within five days of receipt and check the appropriate box)*

I would like this matter:

[  ]   Referred to the Detainee Grievance Committee (DGC).
[  ]   I agree with the resolution.

Detainee Signature: _____   Date / time: _____
Housing Unit Officer: _____   Date / time: _____

# APPENDIX V

United States Department of Homeland Security
Bureau of Immigration and Customs Enforcement

**DETAINEE GRIEVANCE FORM**

*(A grievance must be filed within 5 days of original incident or issue)*

Grievance # _____

Detainee Name: _LUIS CASAS_    A# _92925346_    Housing Unit: _A/N-50_

Complaint / Comments: _Janvary 29, 2008. AKAL Officer and AKAL Supervisor MUNN Refused to open Showers I'm not animal, I need take shower in the morning, this is not the first time they refuse to open._

Action requested by detainee: _OPEN SHOWERS SEE DETAINEE. Hand book. PAGE 11 if is New amendment place. put it in the board For Detainee_

Detainee Signature: _____    Date / time: _01/29/08  9:35 AM_

Housing Unit Officer: _____    Date / time: _____

---

**INFORMAL** [ ] Resolution is accepted by detainee: (to be completed within 24 hours and only if resolved prior to hearing)

This grievance has been informally resolved as follows:

_____
_____
_____

Detainee Signature: _____    Date / time: _____
Staff Member: _____    Date / time: _____
Supervisory Review: _____    Date / time: _____

---

**FORMAL** [ ] Informal Resolution is not accepted by detainee and the grievance has been assigned to the following Department for formal resolution: [ ] Deportation   [ ] Detention   [ ] Administration

**(Response to detainee within five (5) business days is required)**

Departmental Findings/Actions Taken: _____
_____
_____

Dep. Head: _____

Dep. Staff: _____    Dep. Staff: _____

Date of Findings: _____    Date Returned to Detainee: _____

---

*(Detainee return within five days of receipt and check the appropriate box)*

I would like this matter:

[ ]    Referred to the Detainee Grievance Committee (DGC).
[ ]    I agree with the resolution.

Detainee Signature: _____    Date / time: _____
Housing Unit Officer: _____    Date / time: _____

Grievance #:_____

Detainee Name: _LUIS CASIAS_ ID# _92925346_ Housing Unit: _A/U-5 0_

Complaint / Comments: _AKAl security wont to open_
_showurs upter yard every day. today 1/29/08_
_how we are last to the yord and tars_
_Amppenl before we are not Animals._
_We are Human being. this is Constitutonal_
_Violations_

Response:_____

# APPENDIX
# VI

United States Department of Homeland Security
Bureau of Immigration and Customs Enforcement

**DETAINEE GRIEVANCE FORM**

*(A grievance must be filed within 5 days of original incident or issue)*

Grievance # _____

Detainee Name: _Luis Cusos_    A# _92 925 346_    Housing Unit: _A/N 50_

Complaint / Comments: _Attic officer NViNo coll law library_
_for Extra time and Blore Bfficer martinez_
_Refuse to send me to law library 02/12/08_
_9.44 AM_

Action requested by detainee: _Mr. J martinez Denyed me my_
_Rights to access to go to extra time_
_and pried from front law library._

Detainee Signature: _____    Date / time: _02/12/08  9:44 AM_

Housing Unit Officer: _M. Hernia_    Date / time: _____

---

**INFORMAL  [  ]** Resolution is accepted by detainee: (to be completed within 24 hours and only if resolved prior to hearing)

This grievance has been informally resolved as follows:

_____
_____
_____
_____

Detainee Signature: _____    Date / time: _____
Staff Member: _____    Date / time: _____
Supervisory Review: _____    Date / time: _____

---

**FORMAL  [  ]** Informal Resolution is not accepted by detainee and the grievance has been assigned to the following Department for formal resolution: [  ] Deportation    [  ] Detention    [  ] Administration
**(Response to detainee within five (5) business days is required)**

Departmental Findings/Actions Taken: _____
_____
_____

Dep. Head: _____

Dep. Staff: _____    Dep. Staff: _____

Date of Findings: _____    Date Returned to Detainee: _____

---

*(Detainee return within five days of receipt and check the appropriate box)*

I would like this matter:

[  ]    Referred to the Detainee Grievance Committee (DGC).
[  ]    I agree with the resolution.

Detainee Signature: _____    Date / time: _____
Housing Unit Officer: _____    Date / time: _____

**FORMA DE AGRAVIO (HOJA DE CONTINUACION)**

Agravio #: _____

Nombre del Detenido: _Luis Casas_  ID# _9292534 6_ Unidad de Vivienda: _A/R-50_

Queja / Comentarios: 02/12/08 , Time 9:44 AM. Prol officer Alina and Hernandez are my witness in this situation for extra-time for law library now I'm suffering from Mr. J. Martinez. Discrimination, serious mental stress, tension and emotional harm. this is not the first time Mr. J Martinez violated my rights to go to law library this Happend before.

Respuesta: _____

United States Department of Homeland Security
Bureau of Immigration and Customs Enforcement

FEB 18 2008    ~ Dias @ 105 hrs .

**DETAINEE GRIEVANCE FORM**

*(A grievance must be filed within 5 days of original incident or issue)*

Grievance # 02-08

Detainee Name: LUIS CASAS    A# 92 925346    Housing Unit: A/N 50

Complaint / Comments: Alleged officer Avino coll Law Library
for Extra Time and Bird Officer martinez
@ refuge to send me to Law Library 02/12/08
9.44 AM

Action requested by detainee: Mr. J martinez Denyed me. my
Rights to access to go to extra Time
and pried from front Law Library.

Detainee Signature: _____    Date / time: 02/12/08  9:46 AM

Housing Unit Officer: L. Hanna    Date / time: _____

---

**INFORMAL [  ]** Resolution is accepted by detainee: (to be completed within 24 hours and only if resolved prior to hearing)

This grievance has been informally resolved as follows:

_____

_____

_____

Detainee Signature: _____    Date / time: _____
Staff Member: _____    Date / time: _____
Supervisory Review: _____    Date / time: _____

---

**FORMAL [X]** Informal Resolution is not accepted by detainee and the grievance has been assigned to the following Department for formal resolution: [  ] Deportation    [X] Detention    [  ] Administration
**(Response to detainee within five (5) business days is required)**

Departmental Findings/Actions Taken: As DO Ports discussed the matter with
Mr. Casas. It was explained that a mistake was had occurred and
That he was not given ample Time to respond and attend to the Law Library.
Issue has been addressed with akal of steps are being Taken to solve the Issue.

Dep. Head: _____

Dep. Staff: Beibiesca, J. ADOS    Dep. Staff: Mariela Perez ASTEA

Date of Findings: 2/21/08    Date Returned to Detainee: 2/21/08

---

*(Detainee return within five days of receipt and check the appropriate box)*

I would like this matter:

[  ]    Referred to the Detainee Grievance Committee (DGC).
[  ]    I agree with the resolution.

Detainee Signature: _____    Date / time: _____
Housing Unit Officer: _____    Date / time: _____

# APPENDIX VII

United States Department of Homeland Security
Bureau of Immigration and Customs Enforcement

# DETAINEE GRIEVANCE FORM

*(A grievance must be filed within 5 days of original incident or issue)*

Grievance # 02-14

Detainee Name: Luis Casas    A# 92925346    Housing Unit: A/N-50

Complaint / Comments: 2/26/08. time 1:25 I let AN but I Return to A/N and I saw AKAL officer kuvares going straight to my bunk to search then when I return from yard I call AKAL separate. see continuation sheet

Action requested by detainee: AKAL officer Mr. Navarro mess up my bed and my legal paper work. this not happen two - three times, many times

Detainee Signature: _____    Date / time: 02/26/08  2:10 pm.

Housing Unit Officer: _____    Date / time: _____

---

**INFORMAL** [ ] Resolution is accepted by detainee: (to be completed within 24 hours and only if resolved prior to hearing)

This grievance has been informally resolved as follows:

_____
_____
_____
_____

Detainee Signature: _____    Date / time: _____
Staff Member: _____    Date / time: _____
Supervisory Review: _____    Date / time: _____

---

**FORMAL** [✓] Informal Resolution is not accepted by detainee and the grievance has been assigned to the following Department for formal resolution: [ ] Deportation  [✓] Detention  [ ] Administration
**(Response to detainee within five (5) business days is required)**

Departmental Findings/Actions Taken: I will discuss all issues pertaining to this matter, so AKAL is aware of their duties while inspecting detainee property and the reappamation of harrasment if it an issue to discuss this matter. Detainee is aware of the search procedures and how his property must be treated.

Dep. Head: _____
Dep. Staff: _____ AD05/1825    Dep. Staff: _____
Date of Findings: 3/5/08    Date Returned to Detainee: _____

---

*(Detainee return within five days of receipt and check the appropriate box)*

I would like this matter:

[ ] Referred to the Detainee Grievance Committee (DGC).
[✓] I agree with the resolution.

Detainee Signature: X _____    Date / time: 3/5/08 1900hrs
Housing Unit Officer: _____    Date / time: _____

### DETAINEE GRIEVANCE FORM (CONTINUATION SHEET)

Grievance #: _____

Detainee Name: _Luis Casas_    ID# _92925346_    Housing Unit: _AU-50_

Complaint / Comments: MANN and He said, talk to you
later this happen 1:40 pm.
Area Supervisor never coming to me
2:10 pm.
I treated to showed to AREA supervisor
MR. MANN my bed but He Refuse to
SEE my bunk. 1:40 pm
DETAINEE is suffering serious mental stress,
tension, trauma, rescuriantation, harresments
and Emotional Harm. because they Done this on porpose.
this Happen B section AN-50.

Response: _____

# APPENDIX
# VIII

*(A grievance must be filed within 5 days of original incident or issue)*

Grievance # _____

Detainee Name: _LUIS CASAS_    A# _92925346_    Housing Unit: _P/N -50_

Complaint / Comments: FEBRUARY 29, 2008 / time 2:35 AM, AKAL OFFICER ROGER AND ICE SUPERVISOR MR. ORTIZ WERE CLOSE to MY BUNK THEN AKAL OFFICER ROGER Pulled Hard MY TOWEL WITH FORCE; I HANGED MY TOWEL SEE. CONTINUATION SHEET

Action requested by detainee: AKAL SECURITIES HAVE to REVISE ANY thing WRONG BEFORE DETAINEES GO to SLEEP AFTER COUNT @ 10:00 PM.

Detainee Signature: _____    Date / time: _03/03/08_   _9:30 AM_

Housing Unit Officer: _____    Date / time: _____

---

**INFORMAL [  ]** Resolution is accepted by detainee: (to be completed within 24 hours and only if resolved prior to hearing)

This grievance has been informally resolved as follows:

_____
_____
_____

Detainee Signature: _____    Date / time: _____
Staff Member: _____    Date / time: _____
Supervisory Review: _____    Date / time: _____

---

**FORMAL [  ]** Informal Resolution is not accepted by detainee and the grievance has been assigned to the following Department for formal resolution: [ ] Deportation    [ ] Detention    [ ] Administration
**(Response to detainee within five (5) business days is required)**

Departmental Findings/Actions Taken: _____
_____
_____

Dep. Head: _____

Dep. Staff: _____    Dep. Staff: _____

Date of Findings: _____    Date Returned to Detainee: _____

---

*(Detainee return within five days of receipt and check the appropriate box)*

I would like this matter:

[  ]    Referred to the Detainee Grievance Committee (DGC).
[  ]    I agree with the resolution.

Detainee Signature: _____    Date / time: _____
Housing Unit Officer: _____    Date / time: _____

## DETAINEE GRIEVANCE FORM (CONTINUATION SHEET)

Grievance #:_____

Detainee Name: LUIS CASAS    ID# 92925346    Housing Unit: A/N-50

Complaint / Comments: ON top bunk FOR COVER the LIGht
From my Left Side. AFTER tHIS I WAS
SUFFErING ShocK and woke me up.
2:40 AM: I ask to AKAL SEcurity His NAME
and He answer me, my NAME R-O-6-E-R
and He Said I Pulled your toweL because
You Got plastic PAPER CLIPS HANGING your toweL.
ARound 35 or 40 minutes LatER AKAL OFFICEE
ROGER PASS Close to my bunk Looking if
tHe plastic PAPER clips still there but NOT
Detainee suffering Serious mental stress, DiscomFort,
Stress, tension, trauma and Harrassment.
tHis Happen before with me and DiFFerents ANOL
OFFICERS. AFTER tHis I can't Go back to sleep.

Response:_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

United States Department of Homeland Security
Bureau of Immigration and Customs Enforcement

MAR 0 4 2008        **DETAINEE GRIEVANCE FORM**

*(A grievance must be filed within 5 days of original incident or issue)*

Grievance # D3-02

Detainee Name: LUIS CASAS    A#: 92925346    Housing Unit: A/N-50

Complaint / Comments: FEBRUARY 29, 2008 / TIME 2:35 AM, AKAL OFFICER ROGER AND ICE SUPERVISOR MR. ORTIZ WERE CLOSE, TO MY BUNK THEN AKAL OFFICER ROGER PULLED HARD MY TOWEL WITH FORCE, I HANGED MY TOWEL SEE. CONTINUATION SHEET

Action requested by detainee: AKAL SECURITIES HAVE TO REVISE ANY THING WRONG BEFORE DETAINEES GO TO SLEEP AFTER COUNT 10:00 PM.

Detainee Signature: _____    Date / time: 03/03/08    9:30 AM

Housing Unit Officer: _____    Date / time: _____

---

**INFORMAL** [✓] Resolution is accepted by detainee: (to be completed within 24 hours and only if resolved prior to hearing)

This grievance has been informally resolved as follows:
MR. CASAS WAS informed that Officer Roger WAS spoken to AS to his actions. Furthermore Officer Roger was informed that his actions could have caused a serious situation. This will be passed on to all AKAL staff to assure that officers learn how to approach a detainee in a professional manner and avoid situations like these.

Detainee Signature: _____    Date / time: 3/14/08. 457hrs
Staff Member: _____ Adis    Date / time: 3/14/08 /1655hrs.
Supervisory Review: _____    Date / time: _____

---

**FORMAL** [ ] Informal Resolution is not accepted by detainee and the grievance has been assigned to the following Department for formal resolution: [ ] Deportation   [ ] Detention  [ ] Administration
*(Response to detainee within five (5) business days is required)*

Departmental Findings/Actions Taken: _____
_____
_____

Dep. Head: _____

Dep. Staff: _____    Dep. Staff: _____

Date of Findings: _____    Date Returned to Detainee: _____

---

*(Detainee return within five days of receipt and check the appropriate box)*

I would like this matter:

[ ]   Referred to the Detainee Grievance Committee (DGC).
[ ]   I agree with the resolution.

Detainee Signature: _____    Date / time: _____
Housing Unit Officer: _____    Date / time: _____

## DETAINEE GRIEVANCE FORM (CONTINUATION SHEET)

Grievance #: 03·02

Detainee Name: LUIS CASAS     ID# 92925346     Housing Unit: A/N-50

Complaint / Comments: ON top bunk FOR COVER the LIGht
From my Left side, AFTER this I WAS
suffering Shock and woke me up.
2:40 Am. I ask to AKAL security His name
and He answer me, my NAME R-O-6-E-R
and He said I pulled your towel because
you Got plastic PAPER CLIPS HANGING your towel.
Around 35 or 40 minutes Later AKAL OFFICER
ROGER PASS Close to my bunk Looking IF
the plastic PAPER CLIPS still there but NOT
Detaine suffering Serious mental stress DISCOMFORT,
Stress tension, trauma and Harrassment.
this Happen before with me and DIFFerents AKAL
OFFICERS. AFTER this I can't Go back to sleep.

Response: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

# APPENDIX
# IX

United States Department of Homeland Security
Bureau of Immigration and Customs Enforcement

# DETAINEE GRIEVANCE FORM

*(A grievance must be filed within 5 days of original incident or issue)*

Grievance #_____

Detainee Name: **LUIS F. CASAS** A#**92925346** Housing Unit: **A/N-50**

Complaint / Comments: 08/07/08, 7:35 AM DINING HALL, ICE OFFICER MR. RAMOS invite and MAKE ME UPSET WHEN I WAS TAKING COFFE CUP. HE told me don't PASS your item on the coffe cups. I NEVER PASS my item on the cups.

Action requested by detainee: ICE officer need more public Relations with Long Detaine Residents and move MR RAMOS from DINING HALL

Detainee Signature: _____ Date / time: 03/08/08 9:30 AM

Housing Unit Officer:_____ Date / time: _____

---

**INFORMAL** [ ] Resolution is accepted by detainee: (to be completed within 24 hours and only if resolved prior to hearing)

This grievance has been informally resolved as follows:

_____

_____

_____

Detainee Signature: _____ Date / time: _____
Staff Member: _____ Date / time: _____
Supervisory Review: _____ Date / time: _____

---

**FORMAL** [ ] Informal Resolution is not accepted by detainee and the grievance has been assigned to the following Department for formal resolution: [ ] Deportation [ ] Detention [ ] Administration
**(Response to detainee within five (5) business days is required)**

Departmental Findings/Actions Taken: _____

_____

_____

Dep. Head:_____

Dep. Staff:_____ Dep. Staff:_____

Date of Findings:_____ Date Returned to Detainee:_____

---

*(Detainee return within five days of receipt and check the appropriate box)*

I would like this matter:

[ ] Referred to the Detainee Grievance Committee (DGC).
[ ] I agree with the resolution.

Detainee Signature: _____ Date / time: _____
Housing Unit Officer: _____ Date / time: _____

## DETAINEE GRIEVANCE FORM (CONTINUATION SHEET)

Grievance #: _____

Detainee Name: _Luis Casas_    ID# _92925346_    Housing Unit: _A/L—50_

Complaint / Comments: because were three or four coffe cups on the platter, after all this I got more excite and upset because Mr. Ramos come to me and told me don't do Again and I don't said nothins. then I walk away and I left my tray on the table. Mr. Ramos follow me and told me pick up your tray, I put back my tray like recibe Program. I don't ate my breakfast this morning. Detainee suffering serious mental stress, trauma, Harasment and tension, Mr. Ramos Haress me before in differents situacions. see attach different grievance.

Response: _____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

United States Department of Homeland Security
Bureau of Immigration and Customs Enforcement

MAR 1 0 2009

# DETAINEE GRIEVANCE FORM

**FILE**

*(A grievance must be filed within 5 days of original incident or issue)*

Grievance # 03-06

Detainee Name: LUIS F CASAS    A#929265346    Housing Unit: A/N-50

Complaint / Comments: 03/07/08; 7:35 A.M. DINING HALL; ICE OFFICER MR. RAMOS *incite* and ~~maximite met~~ WHEN I WAS TAKING COFFE CUP. HE told me don't PASS your ARM on the coffe cups I NEVER PAS MY ARM on the cups.

Action requested by detainee: ICE officer Need MORE PUBLIC RELATIONS WITH LONG DETAINEE RESIDENTS AND MOVE MR RAMOS FROM DINING HALL

Detainee Signature: _____    Date / time: 03/08/08  9.30 A M

Housing Unit Officer: _____    Date / time: _____

---

**INFORMAL [✓]** Resolution is accepted by detainee: (to be completed within 24 hours and only if resolved prior to hearing)

This grievance has been informally resolved as follows:
Will Speak to HA RAMOS

Detainee Signature: _____    Date / time: 3/17/08  3:28
Staff Member: _____    Date / time: 3/17/08  3:28
Supervisory Review: _____    Date / time: 3/17/08  3:28

---

**FORMAL [ ]** Informal Resolution is not accepted by detainee and the grievance has been assigned to the following Department for formal resolution: [ ] Deportation   [ ] Detention   [ ] Administration
**(Response to detainee within five (5) business days is required)**

Departmental Findings/Actions Taken _____

Dep. Head: _____

Dep. Staff: _____    Dep. Staff: _____

Date of Findings: _____    Date Returned to Detainee: _____

---

**(Detainee return within five days of receipt and check the appropriate box)**

Resolved Informally with Casas + SDC Machado . 3/17/08

[✓] Referred to the Detainee Grievance Committee (DGC).
[ ] I agree with the resolution.

Detainee Signature: _____    Date / time: 3/10/08   11:20 AM
Housing Unit Officer: _____    Date / time: _____

## DETAINEE GRIEVANCE FORM (CONTINUATION SHEET)

Grievance #: 03-06

Detainee Name: Luis Casas     ID# 92925346     Housing Unit: A/n 50

Complaint / Comments: because were three or four coffe cups
on the platter. After all this I got more iuite
and upset because Mr. Ramos come to me and
told me don't do again and I don't said nothing.
then I walk away and I left my tray on the table.
Mr. Ramos follow me and told me pick up
your tray, I put back my tray like recycle program.
I don't ate my breakfast this morning.
Detainee suffering serious mintal stress, traema,
hrarasment and tension.
MR. Ramos harass me before in differents
situacions. SEE. Attach. Different grievance

Response: _____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

# DECLARATION

1. Mr. Ramos tried to show up to his partner ICE officer Tony he got Power when he incited and provoked me.

2. Mr. Ramos incited me two times.

3. Mr. Ramos incited me to tell him bad words but don't did that because I don't like Problems now or before.

4. Mr. Ramos harass me two times in one minute.

5. Mr. Ramos harass me before in the El Centro Detention Center.

6. ICE officers said were fault if I got upset and I don't eat my breakfast that morning.

7. I went to eat my breakfast with peace.

8. If I tell him something wrong to Mr. Ramos in that moment he going to send me to SMU with charges.

# APPENDIX
# X

# DECLARATION

March 10, 2008. Time 11:40 AM. Detainee Mr. Casas-Castrillon was interview with ICE supervisor Bribiesca and plaintiff going inside to his barrack A/N-50 and plaintiff saw his legal paper work and bed mess up again then plaintiff call AKAL officer in charge Mr. E. Montoya as witness.

# APPENDIX
# XI

United States Department of Homeland Security
Bureau of Immigration and Customs Enforcement

MAR 10 2008

# DETAINEE GRIEVANCE FORM

FILE

*(A grievance must be filed within 5 days of original incident or issue)*

Grievance # 03-06

Detainee Name: LUIS F CASAS    A# 929255346    Housing Unit: A/N-50

Complaint / Comments: 03/07/08, 7:35 AM. DINING HALL, ICE OFFICER
MR. RAMOS INCITE and ~~INADEQUATE UPSET~~ WHEN I WAS TAKING
COFFE CUP. HE told me don't PASS your ARM on the
COFFE CUPS. I NEVER PASS MY ARM on the CUPS.

Action requested by detainee: ICE Officer Need MORE PUBLIC
RELATIONS with LONG DETAINEE RESIDENTS AND MOVE
MR. RAMOS FROM DINING HALL

Detainee Signature: _____    Date / time: 03/08/08  9:30 AM

Housing Unit Officer: _____    Date / time: _____

---

INFORMAL [✓] Resolution is accepted by detainee: (to be completed within 24 hours and only if resolved prior to hearing)

This grievance has been informally resolved as follows:

Will speak to HM RAMOS

Detainee Signature: _____    Date / time: 3/17/08  3:28
Staff Member: _____    Date / time: 3/17/08  3:28
Supervisory Review: _____    Date / time: 3/17/08  3:08

---

FORMAL [ ] Informal Resolution is not accepted by detainee and the grievance has been assigned to the following Department for formal resolution: [ ] Deportation  [ ] Detention  [ ] Administration
**(Response to detainee within five (5) business days is required)**

Departmental Findings/Actions Taken _____
_____
_____

Dep. Head: _____

Dep. Staff: _____    Dep. Staff: _____

Date of Findings: _____    Date Returned to Detainee: _____

---

**(Detainee return within five days of receipt and check the appropriate box)**

I would like this matter:

Resolved Informally with Casas + SDU Hachece . 3/17/08

[✓] Referred to the Detainee Grievance Committee (DGC).
[ ] I agree with the resolution.

Detainee Signature: _____    Date / time: 3/10/08  11:20 AM
Housing Unit Officer: _____    Date / time: _____

## DETAINEE GRIEVANCE FORM (CONTINUATION SHEET)

Grievance #: 03-06

Detainee Name: _Luis Casas_    ID# _92925346_    Housing Unit: _A/w 50_

Complaint / Comments: because were three or four coffe cups on the platter, After all this I got more suite and upset because Mr. Ramos come to me and told me don't did Again and I don't said nothing. then I walk away and I left my tray on the table. Mr. Ramos follow me and told me pick up your tray, I put back my tray like recibe Program. I don't ate my breakfast this morning. Detainee suffering serious mental stress, trauma, Harasment and tension, Mr. Ramos Harass me before in differents situacions. See. Attack Different Grievance

Response: _____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

United States Department of Homel    Security
Bureau of Immigration and Customs Enforcement

MAR 17 2008

**DETAINEE GRIEVANCE FORM**

**FILE**

(A grievance must be filed within 5 days of original incident or issue)

Grievance # O3-12

Detainee Name: LUIS CASAS    A# 92925346    Housing Unit: ~~H~~ SMU-19

Complaint / Comments: March 16, 2008 time Around 2:30 PM
I was watching Laker game so I turn off the Fan
because I can't heard the game, then somebody
turn on the Fan again; After this I turn off

Action requested by detainee: ICE and MTC securities abuse
their power because I got witness I tell you
they are wrong A/N - 36-64-52-62-10-56 -

Detainee Signature: _____    Date / time: 03/17/0+ 2:00 PM

Housing Unit Officer: _____    Date / time: _____

---

**INFORMAL [✓] Resolution is accepted by detainee:** (to be completed within 24 hours and only if resolved prior to hearing)

This grievance has been informally resolved as follows:

Will return to barrack until bunk in H/N is
available

Detainee Signature: _____    Date / time: 3/17/08. 3:38
Staff Member: _____    Date / time: 3/17/08  3:38
Supervisory Review: _____    Date / time: 3/17/08  3:38

---

**FORMAL [ ]** Informal Resolution is not accepted by detainee and the grievance has been assigned to the following Department for formal resolution: [ ] Deportation    [ ] Detention    [ ] Administration
**(Response to detainee within five (5) business days is required)**

Departmental Findings/Actions Taken: _____
_____
_____

Dep. Head: _____

Dep. Staff: _____    Dep. Staff: _____

Date of Findings: _____    Date Returned to Detainee: _____

---

**(Detainee return within five days of receipt and check the appropriate box)**

I would like this matter:

[ ]    Referred to the Detainee Grievance Committee (DGC).
[ ]    I agree with the resolution.

Detainee Signature: _____    Date / time: _____
Housing Unit Officer: _____    Date / time: _____

## DETAINEE GRIEVANCE FORM (CONTINUATION SHEET)

Grievance #: _D3-12_

Detainee Name: _____ ID# _____ Housing Unit: _____

Complaint / Comments: the Fan again and I Disconnetec the Fan after this big Guy come to me saying absene lenguece and trymed to attack me MR. Joseth yong #64 refend me because He knows the big Guy was wrong after all this mr. ortiz and mm. bribriesca told me you going to smu for prockettia when they suppost to put the big guy in smu no me.

Detainee is suffering senious mental stress trucing, descrimination and Herassment from mr. ortiz, bribriesca and akal supervisors

Response: I put charrges to this Guy 204 and 404 He is not prisa and no southsider like me I'm doeng my proper program.

_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

# APPENDIX
# XII

## DETAINEE GRIEVANCE FORM

**(A grievance must be filed within 5 days of original incident or issue)**

Grievance # _____

Detainee Name: LUIS F. CASAS  A# 92925346  Housing Unit: AK-50

Complaint / Comments: ON 5/11/08 at 8:35 AM. I went to the MEDICAL to Have my PRESCRIBED MEDICATION, the nurse B. LEWIS told me that I suppost to come at 8:00 Am to get my medication, on I told the nurse that I cauot take medication on empty →

Action requested by detainee: to ORDER the all the nurses to Provide me with my MEDICATION when I need it without any delayed and to TALK to the nurse so they WILL not give me and Attidute in the Future.

Detainee Signature: _____  Date / time: 5/11/08  10:00 Am

Housing Unit Officer: _____  Date / time: _____

---

INFORMAL [  ] Resolution is accepted by detainee: (to be completed within 24 hours and only if resolved prior to hearing)

This grievance has been informally resolved as follows: _____

_____

Detainee Signature: _____  Date / time: _____
Staff Member: _____  Date / time: _____
Supervisory Review: _____  Date / time: _____

---

FORMAL [  ] Informal Resolution is <u>not</u> accepted by detainee and the grievance has been assigned to the following Department for formal resolution: [ ] Deportation  [ ] Detention  [ ] Administration
**(Response to detainee within five (5) business days is required)**

Departmental Findings/Actions Taken: _____

_____

Dep. Head: _____
Dep. Staff: _____  Dep. Staff: _____
Date of Findings: _____  Date Returned to Detainee: _____

---

**(Detainee return within five days of receipt and check the appropriate box)**

I would like this matter:

☐  Referred to the Detainee Grievance Committee (DGC).
☐  I agree with the resolution.

Detainee Signature: _____  Date / time: _____
Housing Unit Officer: _____  Date / time: _____

## DETAINEE GRIEVANCE FORM (CONTINUATION SHEET)

Grievance #: _____

Detainee Name: _Luis F. Cabas_ ID# _92925346_  Housing Unit: _A/N-50_

Complaint / Comments: Stomag, the nurse told me that this first time and last time the nurse refused to give me the medication many times before.

I'm suffering serious mental stress, psychiatric, discomfort, stress, tension, trauma, discrimination, racist remark, harassment and emotional harm

Response:

United States Department of Homeland Security
Bureau of Immigration and Customs Enforcement

**DETAINEE GRIEVANCE FORM**

(A grievance must be filed within 5 days of original incident or issue)

Grievance # _____

Detainee Name: _LUIS F CASAS_    A# 92925346    Housing Unit: H/N - 50

Complaint / Comments: On 5/11/08 at 9:35 Am. I went to the MEDICAL to HAVE my MEDICATION ANAL security J. Platt starting to scream in my FACE and Got closer Like 2" From my nose and started to scream.

Action requested by detainee: to conduct an investigation about why the officer DisRespected ME twice in one day and to talk to Him to not to DO it again the officer started to scream on ME without any Reason.

Detainee Signature _____    Date / time: 5/11/08   10:00 AM

Housing Unit Officer: _____    Date / time: _____

*He need Some anger management treatment*

INFORMAL [ ] Resolution is accepted by detainee: (to be completed within 24 hours and only if resolved prior to hearing) _____

This grievance has been informally resolved as follows: _____
_____
_____

Detainee Signature: _____    Date / time: _____
Staff Member: _____    Date / time: _____
Supervisory Review: _____    Date / time: _____

FORMAL [ ] Informal Resolution is <u>not</u> accepted by detainee and the grievance has been assigned to the following Department for formal resolution: [ ] Deportation    [ ] Detention    [ ] Administration
(Response to detainee within five (5) business days is required)

Departmental Findings/Actions Taken: _____
_____
_____

Dep. Head: _____

Dep. Staff: _____    Dep. Staff: _____

Date of Findings: _____    Date Returned to Detainee: _____

*(Detainee return within five days of receipt and check the appropriate box)*

I would like this matter:

[ ]    Referred to the Detainee Grievance Committee (DGC).
[ ]    I agree with the resolution.

Detainee Signature: _____    Date / time: _____
Housing Unit Officer: _____    Date / time: _____

## DETAINEE GRIEVANCE FORM (CONTINUATION SHEET)

Grievance #: _____

Detainee Name: _Luis F. Casas_ ID# _92925346_ Housing Unit: _A/N - 50_

Complaint / Comments: On me like I'm a little kid,
and told me in the second time. You understand me
and set down. with loud voice.
this officer harassed me. Few times a provoke.
me, He Has a bad attitude and anger
management problem.
I'm suffering serious mental stress, psychiatric,
Discomfort, stress, tension, trauma, discrimination,
Racist remarks, Harassment and emotional Harm.

Response: _____

# APPENDIX
# XIII

United States Department of Homeland Security
Bureau of Immigration and Customs Enforcement

## DETAINEE GRIEVANCE FORM
*(A grievance must be filed within 5 days of original incident or issue)*

Grievance #_____

Detainee Name: _LUIS F. CASAS_ A#_92925346_ Housing Unit:_A/N-50_

Complaint / Comments: _AKAL OFFICERS WOKE ME UP EVERY MORNING FOR PILL LINE I mentioned to MR. DCCHESNE about THIS, BEFORE o today AGAIN AKAL Officer MR. F. Alcantra woke me up again for PILL LINE._

Action requested by detainee: _STOP calling me to the PILL LINE In the MORNING I'M TAKING MEDICATION For sleeping purpose_

Detainee Signature:_____    Date / time: _5/13/08   8:00 AM_

Housing Unit Officer:_____    Date / time: _____

---

INFORMAL [ ] Resolution is accepted by detainee: (to be completed within 24 hours and only if resolved prior to hearing)

This grievance has been informally resolved as follows:
_____
_____
_____

Detainee Signature: _____    Date / time: _____
Staff Member: _____    Date / time: _____
Supervisory Review: _____    Date / time: _____

---

FORMAL [ ] Informal Resolution is <u>not</u> accepted by detainee and the grievance has been assigned to the following Department for formal resolution: [ ] Deportation   [ ] Detention   [ ] Administration
*(Response to detainee within five (5) business days is required)*

Departmental Findings/Actions Taken: _____
_____
_____

Dep. Head:_____

Dep. Staff:_____    Dep. Staff:_____

Date of Findings:_____    Date Returned to Detainee:_____

---

*(Detainee return within five days of receipt and check the appropriate box)*

I would like this matter:

[ ]   Referred to the Detainee Grievance Committee (DGC).
[ ]   I agree with the resolution.

Detainee Signature: _____    Date / time: _____
Housing Unit Officer: _____    Date / time: _____

## DETAINEE GRIEVANCE FORM (CONTINUATION SHEET)

Grievance #: _____

Detainee Name: _Luis F. Carr_ ID# 92925346    Housing Unit: A/n-5 0

Complaint / Comments: I'm Suffering mental stress,
trauma, Harcssment and Emotional Harm
From medical staff and Anal xcenties
Officers.
this Grievance for against medical staff
and Anal officers

Response: _____

# APPENDIX
# XIV

United States Department of Homeland Security
Bureau of Immigration and Customs Enforcement

**DETAINEE GRIEVANCE FORM**

*(A grievance must be filed within 5 days of original incident or issue)*

Grievance # _____

Detainee Name: LUIS CASAS    A# 92925345    Housing Unit: A/M-50

Complaint / Comments: AKAL OFFICER MR. ceballos woke me UP around 5:45 AM for pill line. AFTER 10 minutes. OR 20 minutes Different AKAL officer MR ROCHE woke me up again for pill line and FRighten mhn

Action requested by detainee: STOP woke me up. FOR PILL LINE Fim Manou MEDICATION FOR SLEEPING PURPOSE.

Detainee Signature: _____    Date / time: 5/14/08  10:00 AM

Housing Unit Officer: _____    Date / time: _____

**INFORMAL** [ ] Resolution is accepted by detainee: (to be completed within 24 hours and only if resolved prior to hearing)

This grievance has been informally resolved as follows:

_____

_____

_____

Detainee Signature: _____    Date / time: _____
Staff Member: _____    Date / time: _____
Supervisory Review: _____    Date / time: _____

**FORMAL** [ ] Informal Resolution is <u>not</u> accepted by detainee and the grievance has been assigned to the following Department for formal resolution: [ ] Deportation  [ ] Detention  [ ] Administration
*(Response to detainee within five (5) business days is required)*

Departmental Findings/Actions Taken: _____

_____

_____

Dep. Head: _____

Dep. Staff: _____    Dep. Staff: _____

Date of Findings: _____    Date Returned to Detainee: _____

*(Detainee return within five days of receipt and check the appropriate box)*

I would like this matter:

[ ]    Referred to the Detainee Grievance Committee (DGC).
[ ]    I agree with the resolution.

Detainee Signature: _____    Date / time: _____
Housing Unit Officer: _____    Date / time: _____

## DETAINEE GRIEVANCE FORM (CONTINUATION SHEET)

Grievance #:_____

Detainee Name: _Luis Casas_____ ID# _9292534_ Housing Unit: _B/s-50_

Complaint / Comments: _I'm suffering mental stress, trauma harassment and emotional horm. from medical staff and AKAL officers_

Response:_____

# APPENDIX
# XV



**EL CENTRO INS PHARMACY**    (760) 353-6427
1115 N. IMPERIAL AVENUE - EL CENTRO, CA 92243
  44218        C. BEEN              05/16/08
CASAS-CASTRILLON, LUIS F  92-925-346
EL CENTRO DIHS MEDICAL FA - COLUM
TAKE 1 TABLET(S) 2 TIMES A DAY BY
MOUTH  WITH FOOD AS NEEDED FOR
PAIN RELIEF FOR 30 DAYS

**TAKE WITH FOOD**

**NAPROXEN 500MG TAB**                    #15
 )Refills     05/16/2008     CHY     RxExp 06/14/08
    CAUTION: Federal law prohibits the transfer of this drug
    to any person other than the patient for whom prescribed.

Read The Medication
Guide That Comes With
This Medicine.

# APPENDIX XVI

United States Department of Homeland Security
Bureau of Immigration and Customs Enforcement

**DETAINEE GRIEVANCE FORM**

*(A grievance must be filed within 5 days of original incident or issue)*

Grievance # _____

Detainee Name: LUIS CASAS   A# 929925346   Housing Unit: A/R-50

Complaint / Comments: 5/31/08 around 4:00 Am Aikel Supavisor MR. AMAIL wake me up for take off the towel for cover the Light MR amail told me MR Haley said no towel for →

Action requested by detainee: I need the towel for cover the light because I have Sleep problems and I am taking medication for Sleep Purpose

Detainee Signature: _____   Date / time: 6/03/08 9:00 Am

Housing Unit Officer: _____   Date / time: _____

---

INFORMAL [ ] Resolution is accepted by detainee: (to be completed within 24 hours and only if resolved prior to hearing)

This grievance has been informally resolved as follows:

_____

_____

_____

Detainee Signature: _____   Date / time: _____
Staff Member: _____   Date / time: _____
Supervisory Review: _____   Date / time: _____

---

FORMAL [ ] Informal Resolution is **not** accepted by detainee and the grievance has been assigned to the following Department for formal resolution: [ ] Deportation   [ ] Detention   [ ] Administration

**(Response to detainee within five (5) business days is required)**

Departmental Findings/Actions Taken: _____

_____

_____

Dep. Head: _____

Dep. Staff: _____

Date of Findings: _____   Dep. Staff: _____

Date Returned to Detainee: _____

---

*(Detainee return within five days of receipt and check the appropriate box)*

I would like this matter:

[ ]   Referred to the Detainee Grievance Committee (DGC).
[ ]   I agree with the resolution.

Detainee Signature: _____   Date / time: _____
Housing Unit Officer: _____   Date / time: _____

## DETAINEE GRIEVANCE FORM (CONTINUATION SHEET)

Grievance #: _____

Detainee Name: Luis Cabas  ID# 929253346  Housing Unit: N/A-5⊙

Complaint / Comments: COVER the Light, SAME MORNING
I told to MR. Haley and I asked him
why He told to Actual Supervisor take OFF
the towels. He told me you going to
Get the Respond monday also mr. Haley
told me iF the Light bother you
Change your bunk.
I'm putiare the towel For years and
we got Permission From ICE. Any time ago
I'm suffering Serious mental stress tension
trauma, Harassment and Emotional Harm.
I'm fighting my case For almost 7 years
Please Have consideration with Human being

Response: Also MR. Haley told me you going Get the answer monday
6/2/08 and I NEVER got the answer From Mr. Haley
that is Right I'm submitted this Grievance.

United States Department of Homeland Security
Bureau of Immigration and Customs Enforcement

**DETAINEE GRIEVANCE FORM**

*(A grievance must be filed within 5 days of original incident or issue)*

Grievance # _____

Detainee Name: LUIS CASAS  A# 929925346  Housing Unit: A/R-50

Complaint / Comments: 5/31/08 around 4:00 Am Amal Supervisor
Mr. Amail wake me up for take off the
towel for cover the light. Mr Amail
told me Mr Haley said no towel for →

Action requested by detainee: I need the towel for cover
the light because I Have Eyes Problems
and I am taking me pication for Sleep purpose

Detainee Signature: _____  Date / time: 6/03/08  9:00 Am

Housing Unit Officer: _____  Date / time: _____

---

**INFORMAL [X]** Resolution is accepted by detainee: (to be completed within 24 hours and only if
resolved prior to hearing) spoke to Casas #346  ✗ Not a Grievance / this is a

This grievance has been informally resolved as follows: Complaint (Camp Rules)
verified camp and policy standards issue resolved satisfactorily.

---

Detainee Signature: _____  Date / time: 6/5/08  6:38 am
Staff Member: _____  Date / time: _____
Supervisory Review: Capt. Jenn ___ S-110  Date / time: 06-05-08  0618

---

**FORMAL [ ]** Informal Resolution is <u>not</u> accepted by detainee and the grievance has been assigned to
the following Department for formal resolution: [ ] Deportation  [ ] Detention  [ ] Administration
*(Response to detainee within five (5) business days is required)*

Departmental Findings/Actions Taken: _____
_____
_____

Dep. Head: _____

Dep. Staff: _____  Dep. Staff: _____

Date of Findings: _____  Date Returned to Detainee: _____

---

*(Detainee return within five days of receipt and check the appropriate box)*

I would like this matter:

[ ]  Referred to the Detainee Grievance Committee (DGC).
[ ]  I agree with the resolution.

Detainee Signature: _____  Date / time: _____
Housing Unit Officer: _____  Date / time: _____

## DETAINEE GRIEVANCE FORM (CONTINUATION SHEET)

Grievance #: _____

Detainee Name: _Luis Cabas_  ID# _929253446_  Housing Unit: _A/M - 5D_

Complaint / Comments: COVER THE Light SAME MORNING
I told to MR. Haley and I asked him
why he told to AbAC Supervisor take off
the towels. He told me you going to
Get the Respond monday also me haley
told me if the Light bother you
change your bunk.
I'm puting the towel For years and
we got Permission From ICE long time ago.
I'm suffering Serious mental stress tension
trauma, Harassment and emotional hurt.
I'm fighting my case for almost 7 years
Please Have consideration with my Human being

Response: Also MR. Haley told me you going get the answer monday
6/2/08 and I NEVER Got the answer From MR. Haley
Right now submited this Grievance
With Got Permission From ICE
10:00 PM to 6:00 AM

# APPENDIX
# XVII

# DETAINEE GRIEVANCE FORM

*(A grievance must be filed within 5 days of original incident or issue)*

Grievance # _____

Detainee Name: __Luic Chs??s__ A# __9292C346__ Housing Unit: __A/W-50__

Complaint / Comments: 7/7/08 12:55 pm After + cuwied
from you't + found all my pape lowER. and asiR's
mess up this is the Second time, yesrdoy
uttR peed the sone . 7/6/08

Action requested by detainee: stop to Horass me. and stop
+ stress me

Detainee Signature: _____ Date / time: 7/9/08 1:00pm

Housing Unit Officer: _____ Date / time: _____

**INFORMAL [ ]** Resolution is accepted by detainee: (to be completed within 24 hours and only if resolved prior to hearing)

\* I. CANT UNDERSTAND YOUR

This grievance has been informally resolved as follows: WRITING , PLEASE REWRITE YOUR
Complaint again, only this time neater

Thank you. (___) Ados.

Detainee Signature: _____ Date / time: _____
Staff Member: _____ Date / time: _____
Supervisory Review: _____ Date / time: _____

**FORMAL [ ]** Informal Resolution is <u>not</u> accepted by detainee and the grievance has been assigned to the following Department for formal resolution: [ ] Deportation [ ] Detention [ ] Administration
*(Response to detainee within five (5) business days is required)*

Departmental Findings/Actions Taken: _____
_____
_____

Dep. Head: _____

Dep. Staff: _____ Dep. Staff: _____

Date of Findings: _____ Date Returned to Detainee: _____

*(Detainee return within five days of receipt and check the appropriate box)*

I would like this matter:

　　　Referred to the Detainee Grievance Committee (DGC).
　　　I agree with the resolution.

Detainee Signature: _____ Date / time: _____
Housing Unit Officer: _____ Date / time: _____

United States Department of Homeland Security
Immigration and Customs Enforcement

**DETAINEE GRIEVANCE FORM**

*(A grievance must be filed within 5 days of original incident or issue)*

Grievance # _____

Detainee Name: LUIS F. CASAS   A# 92926346   Housing Unit: A/S-50

Complaint / Comments: 7/7/08, At 12:55 PM when I
return from yord to A/S-50 + found all
my paper work, Diskets and bed mess up.
this Happen yesterday too. 7/6/08

Action requested by detainee: stop Havass and stress me,
this is the second GRIEVANCE
about the same problem. ICE nad to talk to AKAL

Detainee Signature: _____   Date / time: 7/10/08  10:43 A

Housing Unit Officer: _____   Date / time: _____

---

**INFORMAL [ ] Resolution is accepted by detainee: (to be completed within 24 hours and only if resolved prior to hearing)**

This grievance has been informally resolved as follows:

_____
_____
_____
_____

Detainee Signature: _____   Date / time: _____
Staff Member: _____   Date / time: _____
Supervisory Review: _____   Date / time: _____

---

**FORMAL [ ] Informal Resolution is not accepted by detainee and the grievance has been assigned to the following Department for formal resolution: [ ] Deportation   [ ] Detention   [ ] Administration**
**(Response to detainee within five (5) business days is required)**

Departmental Findings/Actions Taken: _____

_____
_____

Dep. Head: _____

Dep. Staff: _____   Dep. Staff: _____

Date of Findings: _____   Date Returned to Detainee: _____

---

*(Detainee return within five days of receipt and check the appropriate box)*

I would like this matter:

[ ]   Referred to the Detainee Grievance Committee (DGC).
[ ]   I agree with the resolution.

Detainee Signature: _____   Date / time: _____
Housing Unit Officer: _____   Date / time: _____

**DETAINEE GRIEVANCE FORM**

*(A grievance must be filed within 5 days of original incident or issue)*

Grievance # 07-07

Detainee Name: LUIS F. CASAS    A# 92925346    Housing Unit: A/S-50

Complaint / Comments: 7/7/08, At 12:55 PM when I
return from yard to A/S-50 I found all
my paper work, Diskets and bed mess up.
this Happen yesterday too. 7/6/08

Action requested by detainee: stop Harass and stress me.
this is    the second Grievance
about the same problem. ICE nied to talk to AKAL

Detainee Signature: _____    Date / time: 7/10/08  10:43 A

Housing Unit Officer: _____    Date / time: _____

---

**INFORMAL** [ ] Resolution is accepted by detainee: (to be completed within 24 hours and only if resolved prior to hearing)

This grievance has been informally resolved as follows:
AKAL SECURITY will be ADVISED OF DETAINEE CASAS' Grievance
DETAINEE CASAS Agreed AND STATED THAT AKAL SECURITY HAS
CONDUCTED BARRACKS SEARCH AND AND NO FURTHER COMPLAINS.

Detainee Signature: X _____    Date / time: 7-25-08  1848
Staff Member: _____    Date / time: 7-25-08  11.00
Supervisory Review: _____    Date / time: 7-25-08  11.00

---

**FORMAL** [ ] Informal Resolution is not accepted by detainee and the grievance has been assigned to the following Department for formal resolution: [ ] Deportation  [ ] Detention  [ ] Administration
**(Response to detainee within five (5) business days is required)**

Departmental Findings/Actions Taken: _____
_____
_____

Dep. Head: _____
Dep. Staff: _____    Dep. Staff: _____
Date of Findings: _____    Date Returned to Detainee: _____

---

*(Detainee return within five days of receipt and check the appropriate box)*

I would like this matter:

[ ] Referred to the Detainee Grievance Committee (DGC).
[✓] I agree with the resolution.

Detainee Signature: X _____    Date / time: 7-25-08  1048 HRS
Housing Unit Officer: _____    Date / time: _____

# APPENDIX
# XVIII

# DETAINEE GRIEVANCE FORM

*(A grievance must be filed within 5 days of original incident or issue)*

Grievance # _____

Detainee Name: __Luis f Cases__ A# __92925346__ Housing Unit: __A/5-50__

Complaint / Comments: __7/15/08. At 5:25 pm Around, I was__
__with seven detainees, in tv area waiting to go__
__to the Dinning Hall when pam supervisor Mr__ →

Action requested by detainee: __Stop to Harass and Stress me.__
__Akal officer Salgado Alpha south in charge and__
__Akal supervisor Mr espino need public Relations.__

Detainee Signature: _____     Date / time: __7/16/08__
                                                        __1:55 pm__

Housing Unit Officer: _____     Date / time: _____

__with Long residents Detainees__

**INFORMAL [ ]** Resolution is accepted by detainee: (to be completed within 24 hours and only if resolved prior to hearing)

This grievance has been informally resolved as follows:

_____

_____

_____

Detainee Signature: _____     Date / time: _____
Staff Member: _____     Date / time: _____
Supervisory Review: _____     Date / time: _____

**FORMAL [ ]** Informal Resolution is not accepted by detainee and the grievance has been assigned to the following Department for formal resolution: [ ] Deportation    [ ] Detention    [ ] Administration
**(Response to detainee within five (5) business days is required)**

Departmental Findings/Actions Taken: _____

_____

_____

Dep. Head: _____

Dep. Staff: _____     Dep. Staff: _____

Date of Findings: _____     Date Returned to Detainee: _____

*(Detainee return within five days of receipt and check the appropriate box)*

I would like this matter:

[ ] Referred to the Detainee Grievance Committee (DGC).
[ ] I agree with the resolution.

Detainee Signature: _____     Date / time: _____
Housing Unit Officer: _____     Date / time: _____

Grievance #: _____

Detainee Name: _Luis F Cusus_ ID# _9292534/6_ Housing Unit: _AK-50_

Complaint / Comments: _Espino told us you going to_
_get infraetwr, Because you always last For_
_Dinner, when He said thef I walk away_
_to the Dining Hall, when i was_
_in the Holding area. I watch Dae Group_
_waiting for Dinner._

Response: _____

# APPENDIX
# XIX

**U. S. Department of Homeland Security**
**Bureau of Immigration and Customs Enforcement**

**...operty Receipt**

CASAS-CASTILLO, LUIS FELIPE
A# 92 925 346                    COLOM
08/07/07                          DOB 02/26/62                         Date:
CCA                              Level 2 AN-3
I-77# 2085757  ~~Box for bag~~  Box# 292 / Black tote Bag / Box              Country

| Qty | Article | Disp | Qty | Article | Disp | Qty | Article | Disp |
|---|---|---|---|---|---|---|---|---|
| | Belts | | 3 | Lubriderm lotn | S | | Books/Mags | |
| 2 | Caps/~~Hats~~ | S | 11 | Money bags | S | — | | |
| 1 | Trousers | S | 1 | Deelaf cimo | S | — | | |
| 2 | ~~Shoes~~/Tennis | S | 4 | Cap sticks | S | — | | |
| | Boots/Other | | 1 | Hairbrush | | — | Radios | |
| 1 | Dress Shirts | S | 3 | 3 Floweis | S | — | Televisions | |
| 1 | Blue Jeans | S | 4 | toothpaste | S | — | Music Instruments | |
| 2 | Underwear | S | 1 | petroleum jelly | S | — | | |
| 4 | T-Shirts | S | 2 | Lotion 1FL oz | S | — | | |
| 1 | Jacket/~~Coat~~ | S | 3 | Bars of USG Sop | S | — | | |
| 1 | Sweater | S | 1 | tooth brush case | S | — | | |
| | Socks | | 1 | Bar sop Case | S | — | | |
| 1 | Shorts | S | 12 | Rosehart Chored Prolk | S | — | Other | |
| | Wallet | | | Baggage/Luggage | | — | Sunglasses | |
| 1 | Coeoq lederm lotin | S | | | | — | | |
| 1 | Aloe Vera lotn | S | — | | | — | | |
| 1 | Herbal essence shampo | S | — | | | — | | |
| 1 | Baby Powder | S | — | | | — | | |
| 1 | per day Vitamin | S | — | | | — | | |
| 1 | Cup | S | — | | | — | | |
| 1 | pKg of ear swabs | S | — | | | — | | |
| 1 | mouth wash | S | — | | | — | | |
| 3 | tooth brushes | S | — | | | | | |

**Disposition**

S – Retained by INS
R – Retained by Detainee
D – Damaged

**The above property was received for storage by:**

Officer _____  Deel
Officer _____

_____
Detainee's Signature

**I-77 Numbers**

2085757  Black Bag  folo w above property
2085085  Box 292  legal + misc paperwork

**All of the above property was returned to me:**

____ / ____ / ____

**Original to Detainee**                    **Copy to Detention File.**

U.S. Department of Justice
Immigration and Naturalization Service

**Property Receipt**

92-925-346

| Facility: SPC ECC | | Date: 08/08/2007 |
|---|---|---|
| Name: Casas-Castillo, Luis Felipe | | |
| Quantity | | AN-LU 2 |
| | Description | |
| 1 | AM/FM Radio w/ Headphones | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

By: Detention Officer _Frank P. [Signature]_ 882

Detention Officer _[Signature]_ 854

*Original*
Form G-589 (Rev. 2-1-85) N

No. 0013077

---

Transportation Co.

Transportation Co. Baggage Check No.

**PART III**
**DATE:** **2085085**

Owner X

From CASAS-CASTILLO, LUIS FELIPE
A# 92 925 346        COLOM
08/07/07                  DOB 02/26/62
CCA                        Level 2 AN-3
I-77# 2085757          Box# 292

---

Transportation Co.

Transportation Co. Baggage Check No.

**PART III**
**DATE:** **2085757**

Owner
CASAS-CASTILLO, LUIS FELIPE
A# 92 925 346        COLOM
08/07/07                  DOB 02/26/62
CCA                        Level 2 AN-3
I-77# 2085757

GPO-158-056

# APPENDIX
# XX

United States Department of Homeland Security
Bureau of Immigration and Customs Enforcement

# DETAINEE GRIEVANCE FORM

*(A grievance must be filed within 5 days of original incident or issue)*

Grievance # _____

Detainee Name: __LUIS F CASAS__   A# __929253.46__   Housing Unit: __A/s-50__

Complaint / Comments: 07/26/08 AROUND 2:05 PM WHEN I RETURN
From YARD MY LEGAL PAPER WORK WAS MESS UP AGAIN.
AND I call OFFICER IN charge AICAL OFFICER DOCHE
to came to MY bUNK and He REFUSE. He RESpoND ⟹

Action requested by detainee:   stop to Harass and stress ME

_____

Detainee Signature: _____   Date / time: __07/26/08__  2:20pm.

Housing Unit Officer: _____   Date / time: _____

---

INFORMAL [  ] Resolution is accepted by detainee: (to be completed within 24 hours and only if resolved prior to hearing)

This grievance has been informally resolved as follows: _____

_____

_____

Detainee Signature: _____   Date / time: _____
Staff Member: _____   Date / time: _____
Supervisory Review: _____   Date / time: _____

---

FORMAL [  ] Informal Resolution is **not** accepted by detainee and the grievance has been assigned to the following Department for formal resolution: [  ] Deportation   [  ] Detention   [  ] Administration
**(Response to detainee within five (5) business days is required)**

Departmental Findings/Actions Taken: _____

_____

_____

Dep. Head: _____

Dep. Staff: _____   Dep. Staff: _____

Date of Findings: _____   Date Returned to Detainee: _____

---

*(Detainee return within five days of receipt and check the appropriate box)*

I would like this matter:

[  ]   Referred to the Detainee Grievance Committee (DGC).
[  ]   I agree with the resolution.

Detainee Signature: _____   Date / time: _____
Housing Unit Officer: _____   Date / time: _____

## DETAINEE GRIEVANCE FORM (CONTINUATION SHEET)

Grievance #: _____

Detainee Name: _LUIS F. CASAS_    ID# _92925346_    Housing Unit: _A/S - 50_

Complaint / Comments: " I'm busy Right now! After this
I show to Mr. Roche from his case my paper
work on the floor; He respond was those paper
work don't were before on the floor also bunk #49
paper work was on the floor too.
After all this I talk with Mr. Amal
Anal supervisor about this and I show
to him my paper on the floor.

Response: _____

United States Department of Homeland Security
Bureau of Immigration and Customs Enforcement

**DETAINEE GRIEVANCE FORM**

*(A grievance must be filed within 5 days of original incident or issue)*

Grievance # 07-14

Detainee Name: LUIS F CASAS    A# 92925346    Housing Unit: M/S-50

Complaint / Comments: 07/26/08 around 2:05 PM WHEN I RETURN from YARD MY LEGAL PAPER WORK WAS MESS UP AGAIN. And I call OFFICER IN charge AKAL officer ROCHE to came to MY bunk and He REFUSE. He Respond ⟹

Action requested by detainee: stop to Harass and stress me

Detainee Signature: _____

Date / time: 07/26/08   2:20 pm

Housing Unit Officer: _____

Date / time: _____

---

**INFORMAL** [X] Resolution is accepted by detainee: (to be completed within 24 hours and only if resolved prior to hearing)

This grievance has been informally resolved as follows: Detainee will place His Paperwork under His Mattress in Seperate stacks, thereby eliminating the creation of Misc His Paperwork by officers.

Detainee Signature: _____   Date / time: 7-29-08  09/6
Staff Member: _____   Date / time: 7-29-08  09/6
Supervisory Review: _____   Date / time: 7-29-08  09/6

---

**FORMAL** [ ] Informal Resolution is <u>not</u> accepted by detainee and the grievance has been assigned to the following Department for formal resolution: [ ] Deportation  [ ] Detention  [ ] Administration
*(Response to detainee within five (5) business days is required)*

Departmental Findings/Actions Taken: _____

Dep. Head: _____

Dep. Staff: _____    Dep. Staff: _____

Date of Findings: _____    Date Returned to Detainee: _____

---

*(Detainee return within five days of receipt and check the appropriate box)*

I would like this matter:

☐ Referred to the Detainee Grievance Committee (DGC)

## DETAINEE GRIEVANCE FORM (CONTINUATION SHEET)

Grievance #:_____

Detainee Name: _LUIS F. CASAS_    ID# _92925346_    Housing Unit: _A/S - 50_

Complaint / Comments: "I'm busy Right now!" After this
I show to Mr. Roche from his case my paper
work on the floor; He respond was those paper
work don't were before on the floor also bunk #49
Paper work was on the floor too.
After all this I talk with Mr. Amal
Amal supervisor about this. and I show
to him my paper on the floor.

Response:_____

United States Department of Homeland Security
Bureau of Immigration and Customs Enforcement

**DETAINEE GRIEVANCE FORM**

*(A grievance must be filed within 5 days of original incident or issue)*

Grievance # _____

Detainee Name: Gerardo Valencia    A#: 34037489    Housing Unit: AS/59
60u.

Complaint / Comments: ON oR about 072608 I was approach by
Mr. Luis CasAS He told me That when they came back from yard
they found my yellow Marila envelopes laying on the
ground (Legal Papers) This Happen While I was workig At the
Ketchen. please Acknowkege

Action requested by detainee: to stop this Harrasmen on T/V
persons private property.

Detainee Signature: _Gerardo Valencia_    Date / time: 072608/1910

Housing Unit Officer: _____    Date / time: _____

---

**INFORMAL  [  ] Resolution is accepted by detainee: (to be completed within 24 hours and only if resolved prior to hearing)**

This grievance has been informally resolved as follows:

_____

_____

_____

Detainee Signature: _____    Date / time: _____
Staff Member: _____    Date / time: _____
Supervisory Review: _____    Date / time: _____

---

**FORMAL  [  ] Informal Resolution is not accepted by detainee and the grievance has been assigned to the following Department for formal resolution: [  ] Deportation   [  ] Detention   [  ] Administration**
**(Response to detainee within five (5) business days is required)**

Departmental Findings/Actions Taken: _____

_____

_____

Dep. Head: _____

Dep. Staff: _____    Dep. Staff: _____

Date of Findings: _____    Date Returned to Detainee: _____

---

*(Detainee return within five days of receipt and check the appropriate box)*

I would like this matter:

[  ]    Referred to the Detainee Grievance Committee (DGC).
[  ]    I agree with the resolution.

Detainee Signature: _____    Date / time: _____
Housing Unit Officer: _____    Date / time: _____

# APPENDIX
# XXI

**DETAINEE GRIEVANCE FORM**

*(A grievance must be filed within 5 days of original incident or issue)*

Grievance #_____

Detainee Name: _Luis F. Cabas_  A# _92925346_  Housing Unit: _A/s-50_

Complaint / Comments: _7/26/08 around 6:20 PM. Akal officer_
_Mrs. t. Rodriguez send me to loundry to get_
_clothes for A/s. when I return From loundry_
_Akal officer J. Rodriguez snatch two time_ →

Action requested by detainee: _Akal officer Mr. J. Rodriguez_
_Harass and stress me._
_Please Akal office stop to Harass and stress me._

Detainee Signature: _____  Date / time: _7/26/08  9:00 pm._

Housing Unit Officer: _____  Date / time: _____

---

**INFORMAL** [ ] Resolution is accepted by detainee: (to be completed within 24 hours and only if resolved prior to hearing)

This grievance has been informally resolved as follows:

_____
_____
_____

Detainee Signature: _____  Date / time: _____
Staff Member: _____  Date / time: _____
Supervisory Review: _____  Date / time: _____

---

**FORMAL** [ ] Informal Resolution is not accepted by detainee and the grievance has been assigned to the following Department for formal resolution: [ ] Deportation  [ ] Detention  [ ] Administration
**(Response to detainee within five (5) business days is required)**

Departmental Findings/Actions Taken: _____
_____
_____

Dep. Head: _____
Dep. Staff: _____  Dep. Staff: _____
Date of Findings: _____  Date Returned to Detainee: _____

---

*(Detainee return within five days of receipt and check the appropriate box)*

I would like this matter:

[ ]  Referred to the Detainee Grievance Committee (DGC).
[ ]  I agree with the resolution.

Detainee Signature: _____  Date / time: _____
Housing Unit Officer: _____  Date / time: _____

**FORMA DE AGRAVIO (HOJA DE CONTINUACION)**

Agravio #:_____

Nombre del Detenido: _Luis Casas_ ID#_9292S346_ Unidad de Vivienda: _A/s-5o_

Queja / Comentarios: the Plastic bag. Like I'm Stealing
the clothing
AKAC officer MR. J. Rodriguez need public
Relations ~~test~~ and he is unprofessional officer

Respuesta: _____

United States Department of Homeland Security
Immigration and Customs Enforcement

**DETAINEE GRIEVANCE FORM**

*(A grievance must be filed within 5 days of original incident or issue)*

Grievance # 07-15

Detainee Name: Luis F. Cabas   A# 92925346   Housing Unit: A/S-50

Complaint / Comments: 7/26/08 around 6:20 PM. Akal officer MRS. T. Rodriguez send me to Laundry to get clothes for A/S. When I return from Laundry Akal officer J. Rodriguez snatch two time →

Action requested by detainee: Akal officer Mr. J. Rodriguez Harass and stress me. Please Akal office stop to harass and stress me.

Detainee Signature: _____   Date / time: 7/26/08  9:00 PM.

Housing Unit Officer: _____   Date / time: _____

---

**INFORMAL [ ✓ ] Resolution is accepted by detainee: (to be completed within 24 hours and only if resolved prior to hearing)**

This grievance has been informally resolved as follows: Akal security officers will be talk' to, in reference to this incident with Detainee Casas

Detainee Signature: _____   Date / time: 7-31-08   1228
Staff Member: _____   Date / time: 7-31-08   1229
Supervisory Review: _____   Date / time: 7-31-08   1228

---

**FORMAL [ ✓ ] Informal Resolution is not accepted by detainee and the grievance has been assigned to the following Department for formal resolution: [ ] Deportation   [ ] Detention   [ ] Administration**
   **(Response to detainee within five (5) business days is required)**

Departmental Findings/Actions Taken: _____
_____
_____

Dep. Head: _____
Dep. Staff: _____   Dep. Staff: _____
Date of Findings: _____   Date Returned to Detainee: _____

---

*(Detainee return within five days of receipt and check the appropriate box)*

I would like this matter:

[ ]   Referred to the Detainee Grievance Committee (DGC).
[ ]   I agree with the resolution.

Detainee Signature: _____   Date / time: _____
Housing Unit Officer: _____   Date / time: _____

**FORMA DE AGRAVIO (HOJA DE CONTINUACION)**

Agravio #: _07-15_

Nombre del Detenido: _LUIS CASAS_     ID# _9292546_ Unidad de Vivienda: _A/S-50_

Queja / Comentarios: _the Plastic bag · Like I'm Stealing the clothing_
_AKAC officer Mr. J. Rodriguez need public Relations_ ~~and~~ _and He is unprofessional officer_

Respuesta: _____