**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

OFFICE OF THE CLERK
880 FRONT STREET, SUITE 4290
SAN DIEGO, CALIFORNIA 92101-8900

OFFICIAL BUSINESS

2008 AUG 15 AM 10:01

neopost
04918204525 9
$00.420
08/13/2008
Mailed From 92132
US POSTAGE

LUIS FELIPE CASAS CASTRILLON
A92-925-346
EL CENTRO DETENTION CENTER
[address]
[city]

NIXIE    923   5E   1    30  08/23/08
RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD
BC: 92101892965   *0104-04369-13-42

RTS
No hold

FILED
AUG 25 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY KM   DEPUTY

07CV 2078
JM (CAB)

## Other Orders/Judgments
3:07-cv-02078-JM-CAB Castrillon v. El Centro Detention Center et al

## U.S. District Court

## Southern District of California

### Notice of Electronic Filing

The following transaction was entered on 8/12/2008 at 2:29 PM PDT and filed on 8/11/2008
**Case Name:**     Castrillon v. El Centro Detention Center et al
**Case Number:**   3:07-cv-2078
**Filer:**         Luis Felipe Casas Castrillon
**Document Number:** 5

**Docket Text:**
**Discrepancy Order by Judge Jeffrey T. Miller accepting document: Supplemental Complaint from Plaintiff Luis Felipe Casas Castrillon, non-compliance with local rule Supplemental documents require court order.(All non-registered users served via U.S. Mail Service).(rmm)**

**3:07-cv-2078 Notice has been electronically mailed to:**

U S Attorney CV   Efile.dkt.civ@usdoj.gov

**3:07-cv-2078 Notice has been delivered by other means to:**

Luis Felipe Casas Castrillon
A92-925-346
El Centro Detention Center
1115 N. Imperial Avenue
El Centro, CA 92243

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1106146653 [Date=8/12/2008] [FileNumber=2767643-0
] [7117fe81dfd7f85c3149d4ae7441aaaf2bc343f162f8ae577230b2902515ea5f9c9
e4121d536a5f3e4b3464c5a21dfe3baf90b16285dbb15061bc97ace672d0e]]

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

### NOTICE OF DOCUMENT DISCREPANCIES

**FILED**
2008 AUG 11 PM 3:37
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

TO: ☑ U. S. DISTRICT JUDGE / ☐ U. S. MAGISTRATE JUDGE  Miller
FROM: R. Mullin,  Deputy Clerk    RECEIVED DATE: 8/5/2008
CASE NO.: 07cv2078 JM (CAB)   DOCUMENT FILED BY: Plaintiff
CASE TITLE: Castrillon v. El Centro Detention Center, et al
DOCUMENT ENTITLED: Supplemental Complaint

Upon the submission of the attached document(s), the following discrepancies are noted:

| ✓ | Local Rule | Discrepancy |
|---|---|---|
| ☐ | 5.1 | Missing time and date on motion and/or supporting documentation |
| ☐ | 5.3 | Document illegible or submitted on thermal facsimile paper |
| ☐ | 5.4 | **Document not filed electronically. Notice of Noncompliance already issued.** |
| ☐ | 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
| ☐ | 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
| ☐ | 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
| ☐ | 7.1 | Missing table of contents |
| ☐ | 15.1 | Amended pleading not complete in itself |
| ☐ | 30.1 | Depositions not accepted absent a court order |
| X |  | **Supplemental documents require court order** |
| ☐ |  | Default Judgment in sum certain includes calculated interest |
| ☐ |  | OTHER: File as 1st amended complaint |

Date forwarded: 8/6/2008

### ORDER OF THE JUDGE / MAGISTRATE JUDGE
**IT IS HEREBY ORDERED:**

☑ The document is to be filed nunc pro tunc to date received.

☐ The document is NOT to be filed, but instead REJECTED. and it is ORDERED that the Clerk serve a copy of this order on all parties.

Rejected document to be returned to pro se or inmate? ☐ Yes.   Court Copy retained by chambers ☐

Counsel is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83.1

CHAMBERS OF: [JEFFREY T. MILLER]

Dated: 8/11/08     By: _____
cc: All Parties

K:\COMMON\FORMS\CIVCRM35.WPD
Form # Civ/Crim 35 (4/98) -- [Document Discrepancy / Court Order]